## IN THE COURT OF COMMON PLEAS
### GENERAL DIVISION
### FRANKLIN COUNTY, OHIO

|  |  |  |
|---|---|---|
| **TECHNICARE OF COLUMBUS, LLC.** | : | |
| 10366 Liberty Road South | : | Judge : _____ |
| Powell, Ohio 43065 | : | |
|  | : | |
| **TECHNICARE OF LOUISVILLE, LLC.** | : | |
| 10366 Liberty Road South | : | |
| Powell, Ohio 43065 | : | |
|  | : | |
| **AND** | : | |
|  | : | |
| **TECHNICARE OF ATLANTA, LLC.** | : | |
| 10366 Liberty Road South | : | |
| Powell, Ohio 43065 | : | |
|  | : | |
| **Plaintiffs,** | : | |
|  | : | |
| **v.** | : | |
|  | : | |
| **GATEHOUSE MEDIA OHIO HOLDINGS II, INC.** | : | |
| **AKA Dispatch Digital D** | : | |
| **Statutory Agent** | : | Case No.: _____ |
| **Corporation Service Company** | : | |
| **50 West Broad Street** | : | |
| **Suite 1330** | : | |
| **Columbus, Ohio 43215** | : | |
|  | : | |
| **AND** | : | |
|  | : | |
| **DISPATCH DIGITAL D,** | : | **JURY DEMAND ENDORSED** |
| **AKA Propel Marketing** | : | **HEREIN** |
| **AKA Thrive Hive** | : | |
| **Statutory Agent** | : | |
| **Gatehouse Media Ohio Holdings II, Inc.** | : | |
| **175 Sully's Trail** | : | |
| **Pittsford, New York 14534** | : | |

Defendants.                    :

## COMPLAINT FOR FRAUD, BREACH OF CONTRACT, NEGLIGENCE, UNJUST ENRICHMENT, CONVERSION, CIVIL CONSPIRACY AND DECEPTIVE TRADE PRACTICES,

Plaintiffs, Technicare of Columbus, LLC, Technicare of Louisville, LLC. And

Technicare of Atlanta, LLC (hereinafter known as "Technicare") by and through counsel,

Attorney Nicholas Kolitsos, for Technicare's complaint against defendant Gatehouse

Media Ohio Holdings II, Inc. (hereinafter known as "Gatehouse"), Dispatch Digital D,

AKA Thrive Hive, AKA, Propel Marketing. (hereinafter known also known as "Propel"),

(Defendants), states as follows:

### Parties

1. Technicare of Columbus, LLC is a duly registered Ohio Corporation with its principal place of business being located in Powell, Ohio. Technicare is primarily engaged in providing cleaning services to consumers.

2. Technicare of Louisville, LLC is a duly registered Ohio Corporation with its principal place of business being located in Powell, Ohio. Technicare is primarily engaged in providing cleaning services to consumers.

3. Technicare of Atlanta, LLC is a duly registered Ohio Corporation with its principal place of business being located in Powell, Ohio. Technicare is primarily engaged in providing cleaning services to consumers.

4. Gatehouse is a registered Delaware corporation duly registered as a foreign corporation in the State of Ohio. Gatehouse is primarily engaged in the business of providing digital marketing services to commercial clients.

5. Dispatch Digital D (AKA Thrive Hive, AKA Propel Marketing), is an entity of Gatehouse Media that provides digital marketing services to Gatehouse Media customers. Dispatch Digital D, is primarily engaged in the business of providing digital marketing services to clients

## JURISDICTION AND VENUE

6. The Court has subject matter jurisdiction under R.C. 2305.01.

7. As provided by R.C. 2307.382, the Court has personal jurisdiction over the Defendants as the Defendants transacted business in Franklin County, Ohio, contracted in Franklin County, Ohio, and caused tortious injury in Franklin County, Ohio.

8. As provided by Civil Rule 3(B), venue is proper in Franklin County, Ohio, as both a county in which Defendants conducted activities that give rise to this Complaint and as a county in which all or part of the claims for relief arose.

9. The allegations and claims in this action are intended to assert rights and causes of action only under and pursuant to the laws of the State of Ohio. No claim or cause of action herein is made to assert any right, question, issue or cause of action under any federal law of the United States. It is the specific intention of Plaintiff to litigate his claims and causes of action in the Court of the State of Ohio. Therefore, should the allegations of this Complaint and/or any evidence adduced during discovery in the action imply, suggest or indicate in any way any possibility that Plaintiff herein is asserting or claiming any right or cause of action pursuant to any federal law or the United States, Plaintiff specifically eschews and rejects any such implication, suggestion or indication and hereby announces and asserts, in advance, that Plaintiff is not pursuing and has never intended to pursue such a claim, right or cause of action under any federal law of the United States, thereby precluding any effort by Defendant at any time after the filing of this Complaint to remove this action to any federal court based upon federal question jurisdiction.

## ACTIVITIES OF GATEHOUSE AND PROPEL THAT GIVE RISE TO THIS COMPLAINT

10. The gravamen of this Complaint relates to, among other things, a quasi-contract entered into between Plaintiff, Technicare, and the Defendants for digital marketing services

11. Plaintiff, Technicare, attempting to take advantage of the new technology available to its business through online marketing contracted with Columbus Dispatch Digital, a Franklin County corporation that provides afore mentioned online marketing tools to small businesses.

12. The services contracted for by Technicare included Search Engine Optimization and Search Engine Marketing among other services.

13. Search Engine Marketing (hereinafter referred to as "SEM") is a type of internet marketing that promotes websites by increasing the websites visibility in search engine results and paid advertisements on Google.

14. Search Engine Optimization (hereinafter referred to as "SEO") includes various techniques and tactics that will increase the amount of traffic of potential customers to a specific website.

15. Technicare contracted with Columbus Dispatch Digital in March of 2013 to provide the afore mentioned services.

16. Columbus Dispatch Digital provided such services until it was taken over by Gatehouse who acquired Columbus Dispatch Digital's operations on June 15, 2015.

17. Gatehouse proceeded to present a proposal alongside Propel to implement new digital marketing services for the Plaintiff, Technicare.

18. Plaintiff paid a substantial sum to Defendant, Gatehouse, since it acquired and took over Columbus Dispatch Digital's marketing services.

19. Plaintiff was unaware of any wrong doing or negligent conduct by Defendant's until Plaintiff had an issue where links set up and in control of Defendants were sending customers to incorrect landing pages of Technicare's website.

20. Plaintiff, Technicare, was assured multiple times by Defendants that the ads were directing potential customers to the correct pages.

21. Technicare purchased additional software that allowed Plaintiff to observe potential customers moving throughout their website in real time.

22. Plaintiff realized upon observing potential customers activity that they were leaving the Technicare website after they were directed via Defendants URL link to incorrect landing pages that had absolutely nothing to do with the ads that led the potential customers to Technicare's website.

23. Plaintiff then began to look into the services being provided by Defendant further and discovered a plethora of issues with the services being provided by Defendants.

24. Plaintiff was informed when entering into services, taken over by Gatehouse in 2015 that the management fee was a charge of thirty-five percent (35%) for the Google AdWords media spend.

25. AdWords as defined by Google is Google's online advertising program which allows the user to reach potential customers exactly when they are interested in the products and services that the user provides.

26. Plaintiff wanted to increase ad spend by two (2) times the prior amount being spent on ad's around the end of the year 2015 after Defendant had taken over Plaintiff's digital marketing.

27. Towards the of the year 2015 and into the beginning of the year 2016 Plaintiff increased the add spend by two times the previous amount doubling the cost of their digital advertising budget.

28. Upon information and belief the Defendant without informing Plaintiff increased the management fee when Plaintiff doubled the amount spent on digital advertising.

29. Upon information and belief Defendant concealed the management fee increase through the doubled spend on Plaintiff's digital advertising.

30. Plaintiff was not aware of the increase in the management fee and until plaintiff specifically requested information from Defendant did not have any reason to suspect or believe that the management fee was increased from the contracted for thirty-five percent (35%).

31. Plaintiff, in fact was not being charged a thirty-five percent (35%) fee for the media spend and in fact was being charged a fifty percent (50%) fee for the media spend.

32. After repeated requests to be provided with the management fee cost and information regarding the management fee Plaintiff was thoroughly ignored by Defendant (See Exhibit C).

33. Even though Plaintiff requested confirmation of what he was being charged for the management fee from Defendants. Defendants never responded with a specific answer until counsel was retained and able to ascertain the exact management fee being charged.

34. Google policies require third party agencies, such as Defendants, to be completely transparent in regards to the management fees being charged for their services.

35. Upon further investigation Plaintiff became aware that Defendants additionally never was administrating or managing Technicare's Google Local account (now known as Google My Business).

36. Google My Business according to Google is a free and easy to use tool for businesses and organizations to manage their online presence across Google, including Search and Maps. By verifying editing the account owner's business information, the business can both help customers find the business and allow the business to tell the local customers the story of their local business.

37. Plaintiff's Google My Business (previously known as "Google Local" also previously known as "Google Plus") account was transferred to Defendant.

38. Defendant was the only entity that had access to Plaintiff's Google My Business Account.

39. Defendant included administration of Google My Business in the services that they provide to SEO and SEM customers (See Exhibit D).

40. Plaintiff additionally never administered or managed Technicare's Yelp account.

41. Yelp is an online service that was founded in 2004 to help potential customers find great local businesses. Yelp uses automated software to recommend local business and reviews of local businesses to potential customers seeking the services that a particular business offers. Additionally, Yelp brings local updates concerning local businesses to potential customers.

42. Both Google My Business and Yelp administration and management is standard industry practice in the digital marketing industry and especially important to local business like the Plaintiff.

## COUNT I
## FRAUD

43. The allegations contained in paragraphs one through thirty are re-alleged and incorporated as if fully restated herein.

44. Defendants, Gatehouse and Propel, made material misrepresentations and concealed matters of material fact, acted with knowledge of the falsity or disregard and recklessness toward the truth or falsity of the misrepresentations and omissions they made, acted with purposeful intent to mislead the Plaintiff into relying upon those misrepresentations and omissions, and the Plaintiff was justified in relying upon said misrepresentations and omissions.

45. As a direct and proximate result of such fraud, the Technicare has suffered monetary damage and irreparable harm in an amount to be determined at trial.

## COUNT II
## BREACH OF CONTRACT

46. The allegations contained in paragraphs one through thirty-three are re-alleged and incorporated as if fully restated herein.

47. Technicare fully performed its obligations by paying for Defendants services, however Defendants did not perform the services required, among other things, failing to perform correct URL linking from ad pages to the correct landing pages, failure to disclose and make completely transparent the management fee, failure to administer and or manage Technicare's Yelp and Google My Business accounts as required under industry standard. The failure of performance by the Defendants are a material breach of the agreement entered into between the parties.

48. As a direct and proximate result of Defendants breach of the Agreement, Technicare has incurred damages and been injured in an amount to be determined at trial.

## COUNT III
## NEGLIGENCE

49. The allegations contained in paragraphs one through forty-five are re-alleged and incorporated as if fully restated herein.

50. Defendant owed duty to provide the services that it contracted for to Plaintiff.

51. Defendant owed a duty to conform to industry standard and to provide the quality of services reasonably expected of Defendant.

52. Defendant breached that duty owed to Plaintiff by failing to and/or negligently providing services.

53. Defendant's breach of its duty cause Plaintiff substantial harm including but not limited to significant monetary loss.

54. Defendant knew or should have known that by breaching the duty owed to Plaintiff that the resulting harm would be suffered.

55. As a direct and proximate result of Defendants breach of the duty owed to Plaintiff, Technicare has incurred damages and been injured in an amount to be determined at trial.

## COUNT IV
## UNJUST ENRICHMENT

56. The allegations contained in paragraphs one through thirty-six are re-alleged and incorporated as if fully restated herein.

57. Defendant's, has received the benefits of Technicare's substantial monetary payment for services and has not performed under the agreement to the extent required by industry standard as well as the payment of the management fee fraudulently being raised without informing the Plaintiff.

58. Fairness requires that Defendant's, Gatehouse and Propel, reimburse the fees charged to Plaintiff and provide Technicare with expected return on investment and lost profits, attorneys fees, and interest to be calculated at trial.

## COUNT V
## CONVERSION

59. The allegations contained in paragraphs one through thirty-nine are re-alleged and incorporated as if fully restated herein.

60. Defendants, Gatehouse and Propel exercised dominion and control over payments, in which Technicare had an interest to such an extent that the funds controlled by Defendants can longer be construed to be Plaintiff's.

61. As a result of Defendants, Gatehouse and Propel, conversion of joint venture assets, Technicare has been damaged and injured in an amount to be determined at trial.

## COUNT VI
## CIVIL CONSPIRACY

62. The allegations contained in paragraphs one through forty-two are re-alleged and incorporated as if fully restated herein.

63. Defendants, Gatehouse and Dispatch maliciously combined to, among other things, increase the AdWord Marketing Fee, not provide agreed upon or standard industry services in order to reap the benefits of the money being provided by Plaintiff.

64. As a result of Defendants' civil conspiracy, Technicare has been damaged and injured in an amount to be determined at trial.

## COUNT VII
## DECEPTIVE TRADE PRACTICES UNDER
## OHIO REVISED CODE CHAPTER 4165

65. The allegations contained in paragraphs one through forty-five are re-alleged and incorporated as if fully restated herein.

66. Under Ohio Revised Code Chapter 4165.01 (D) "person" means an individual, corporation, ... partnership, unincorporated association, limited liability company, two or more of any of the foregoing having a joint or common interest, or any other legal or commercial entity.

67. Technicare is a "person" as defined by Ohio Revised Code Chapter 4165.01 (D).

68. Under Ohio Revised Code 4165.02 Defendants conducted and engaged in deceptive trade practices.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012

Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 14 of 106 PAGEID #: 145

69. As a result of Defendants' Deceptive Trade Practices, Technicare has been damaged and injured in an amount to be determined at trial.

WHEREFORE, Plaintiff, Technicare, demands judgment against Defendants, in excess of twenty-five thousand dollars ($25,000) as to each of the following:

A. For compensatory damages against Defendants in an amount to be determined at trial;

B. For punitive damages against Defendants in an amount to be determined at trial;

C. For pre- and post-judgment interest;

D. For attorneys' fees and costs;

E. For such other relief as this Court deems just.

Respectfully submitted,

Nicholas Kolitsos, Esq. (0095938)
Jones Law Group, LLC
513 E. Rich Street
Columbus, Ohio 43215
Phone: (614) 545-9998
Fax:    (614) 573-8690
nkolitsos@joneslg.com
*Counsel for Plaintiff*

0E048 - P68
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012
Case: 2:18-cv-00298-GCS-KAJ Doc #: 5 Filed: 04/05/18 Page: 15 of 106 PAGEID #: 146

## JURY TRIAL DEMAND

Plaintiff, Technicare, by and through counsel, hereby demands a trial by jury on all issues able to be tried.

NICHOLAS KOLITSOS (0095938)

## IN THE COURT OF COMMON PLEAS
## GENERAL DIVISION
## FRANKLIN COUNTY, OHIO

|  |  |  |
|---|---|---|
| TECHNICARE OF COLUMBUS, **LLC.** 10366 Liberty Road South Powell, Ohio 43065 | : : : : : | Judge : _____ |
| TECHNICARE OF LOUISVILLE, **LLC.** 10366 Liberty Road South Powell, Ohio 43065 | : : : : | |
| AND | : : | |
| TECHNICARE OF ATLANTA, **LLC.** 10366 Liberty Road South Powell, Ohio 43065 | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| **GATEHOUSE MEDIA OHIO HOLDINGS II, INC.** **AKA Dispatch Digital D** Statutory Agent Corporation Service Company 50 West Broad Street Suite 1330 Columbus, Ohio 43215 | : : : : : : : : : | Case No.: _____ |
| AND | : : | |
| **DISPATCH DIGITAL D,** **AKA Propel Marketing** **AKA Thrive Hive** Statutory Agent Gatehouse Media Ohio Holdings II, Inc. 175 Sully's Trail Pittsford, New York 14534 | : : : : : : : | <u>**JURY DEMAND ENDORSED HEREIN**</u> |

Defendants.                          :

## COMPLAINT FOR FRAUD, BREACH OF CONTRACT, NEGLIGENCE, UNJUST ENRICHMENT, CONVERSION, CIVIL CONSPIRACY AND DECEPTIVE TRADE PRACTICES,

Plaintiffs, Technicare of Columbus, LLC, Technicare of Louisville, LLC. And

Technicare of Atlanta, LLC (hereinafter known as "Technicare") by and through counsel,

Attorney Nicholas Kolitsos, for Technicare's complaint against defendant Gatehouse

Media Ohio Holdings II, Inc. (hereinafter known as "Gatehouse"), Dispatch Digital D,

AKA Thrive Hive, AKA, Propel Marketing. (hereinafter known also known as "Propel"),

(Defendants), states as follows:

### Parties

1. Technicare of Columbus, LLC is a duly registered Ohio Corporation with its principal place of business being located in Powell, Ohio. Technicare is primarily engaged in providing cleaning services to consumers.

2. Technicare of Louisville, LLC is a duly registered Ohio Corporation with its principal place of business being located in Powell, Ohio. Technicare is primarily engaged in providing cleaning services to consumers.

3. Technicare of Atlanta, LLC is a duly registered Ohio Corporation with its principal place of business being located in Powell, Ohio. Technicare is primarily engaged in providing cleaning services to consumers.

4. Gatehouse is a registered Delaware corporation duly registered as a foreign corporation in the State of Ohio. Gatehouse is primarily engaged in the business of providing digital marketing services to commercial clients.

5. Dispatch Digital D (AKA Thrive Hive, AKA Propel Marketing), is an entity of Gatehouse Media that provides digital marketing services to Gatehouse Media customers. Dispatch Digital D, is primarily engaged in the business of providing digital marketing services to clients

## JURISDICTION AND VENUE

6. The Court has subject matter jurisdiction under R.C. 2305.01.

7. As provided by R.C. 2307.382, the Court has personal jurisdiction over the Defendants as the Defendants transacted business in Franklin County, Ohio, contracted in Franklin County, Ohio, and caused tortious injury in Franklin County, Ohio.

8. As provided by Civil Rule 3(B), venue is proper in Franklin County, Ohio, as both a county in which Defendants conducted activities that give rise to this Complaint and as a county in which all or part of the claims for relief arose.

9. The allegations and claims in this action are intended to assert rights and causes of
   action only under and pursuant to the laws of the State of Ohio. No claim or cause of
   action herein is made to assert any right, question, issue or cause of action under any
   federal law of the United States. It is the specific intention of Plaintiff to litigate his
   claims and causes of action in the Court of the State of Ohio. Therefore, should the
   allegations of this Complaint and/or any evidence adduced during discovery in the
   action imply, suggest or indicate in any way any possibility that Plaintiff herein is
   asserting or claiming any right or cause of action pursuant to any federal law or the
   United States, Plaintiff specifically eschews and rejects any such implication,
   suggestion or indication and hereby announces and asserts, in advance, that Plaintiff
   is not pursuing and has never intended to pursue such a claim, right or cause of action
   under any federal law of the United States, thereby precluding any effort by
   Defendant at any time after the filing of this Complaint to remove this action to any
   federal court based upon federal question jurisdiction.

## ACTIVITIES OF GATEHOUSE AND PROPEL THAT GIVE RISE TO THIS COMPLAINT

10. The gravamen of this Complaint relates to, among other things, a quasi-contract
    entered into between Plaintiff, Technicare, and the Defendants for digital marketing
    services

11. Plaintiff, Technicare, attempting to take advantage of the new technology available to its business through online marketing contracted with Columbus Dispatch Digital, a Franklin County corporation that provides afore mentioned online marketing tools to small businesses.

12. The services contracted for by Technicare included Search Engine Optimization and Search Engine Marketing among other services.

13. Search Engine Marketing (hereinafter referred to as "SEM") is a type of internet marketing that promotes websites by increasing the websites visibility in search engine results and paid advertisements on Google.

14. Search Engine Optimization (hereinafter referred to as "SEO") includes various techniques and tactics that will increase the amount of traffic of potential customers to a specific website.

15. Technicare contracted with Columbus Dispatch Digital in March of 2013 to provide the afore mentioned services.

16. Columbus Dispatch Digital provided such services until it was taken over by Gatehouse who acquired Columbus Dispatch Digital's operations on June 15, 2015.

17. Gatehouse proceeded to present a proposal alongside Propel to implement new digital marketing services for the Plaintiff, Technicare.

18. Plaintiff paid a substantial sum to Defendant, Gatehouse, since it acquired and took over Columbus Dispatch Digital's marketing services.

19. Plaintiff was unaware of any wrong doing or negligent conduct by Defendant's until Plaintiff had an issue where links set up and in control of Defendants were sending customers to incorrect landing pages of Technicare's website.

20. Plaintiff, Technicare, was assured multiple times by Defendants that the ads were directing potential customers to the correct pages.

21. Technicare purchased additional software that allowed Plaintiff to observe potential customers moving throughout their website in real time.

22. Plaintiff realized upon observing potential customers activity that they were leaving the Technicare website after they were directed via Defendants URL link to incorrect landing pages that had absolutely nothing to do with the ads that led the potential customers to Technicare's website.

23. Plaintiff then began to look into the services being provided by Defendant further and discovered a plethora of issues with the services being provided by Defendants.

24. Plaintiff was informed when entering into services, taken over by Gatehouse in 2015 that the management fee was a charge of thirty-five percent (35%) for the Google AdWords media spend.

25. AdWords as defined by Google is Google's online advertising program which allows the user to reach potential customers exactly when they are interested in the products and services that the user provides.

26. Plaintiff wanted to increase ad spend by two (2) times the prior amount being spent
    on ad's around the end of the year 2015 after Defendant had taken over Plaintiff's
    digital marketing.

27. Towards the of the year 2015 and into the beginning of the year 2016 Plaintiff
    increased the add spend by two times the previous amount doubling the cost of their
    digital advertising budget.

28. Upon information and belief the Defendant without informing Plaintiff increased the
    management fee when Plaintiff doubled the amount spent on digital advertising.

29. Upon information and belief Defendant concealed the management fee increase
    through the doubled spend on Plaintiff's digital advertising.

30. Plaintiff was not aware of the increase in the management fee and until plaintiff
    specifically requested information from Defendant did not have any reason to suspect
    or believe that the management fee was increased from the contracted for thirty-five
    percent (35%).

31. Plaintiff, in fact was not being charged a thirty-five percent (35%) fee for the media
    spend and in fact was being charged a fifty percent (50%) fee for the media spend.

32. After repeated requests to be provided with the management fee cost and information
    regarding the management fee Plaintiff was thoroughly ignored by Defendant (See
    Exhibit C).

33. Even though Plaintiff requested confirmation of what he was being charged for the management fee from Defendants. Defendants never responded with a specific answer until counsel was retained and able to ascertain the exact management fee being charged.

34. Google policies require third party agencies, such as Defendants, to be completely transparent in regards to the management fees being charged for their services.

35. Upon further investigation Plaintiff became aware that Defendants additionally never was administrating or managing Technicare's Google Local account (now known as Google My Business).

36. Google My Business according to Google is a free and easy to use tool for businesses and organizations to manage their online presence across Google, including Search and Maps. By verifying editing the account owner's business information, the business can both help customers find the business and allow the business to tell the local customers the story of their local business.

37. Plaintiff's Google My Business (previously known as "Google Local" also previously known as "Google Plus") account was transferred to Defendant.

38. Defendant was the only entity that had access to Plaintiff's Google My Business Account.

39. Defendant included administration of Google My Business in the services that they provide to SEO and SEM customers (See Exhibit D).

40. Plaintiff additionally never administered or managed Technicare's Yelp account.

41. Yelp is an online service that was founded in 2004 to help potential customers find great local businesses. Yelp uses automated software to recommend local business and reviews of local businesses to potential customers seeking the services that a particular business offers. Additionally, Yelp brings local updates concerning local businesses to potential customers.

42. Both Google My Business and Yelp administration and management is standard industry practice in the digital marketing industry and especially important to local business like the Plaintiff.

## COUNT I
## FRAUD

43. The allegations contained in paragraphs one through thirty are re-alleged and incorporated as if fully restated herein.

44. Defendants, Gatehouse and Propel, made material misrepresentations and concealed matters of material fact, acted with knowledge of the falsity or disregard and recklessness toward the truth or falsity of the misrepresentations and omissions they made, acted with purposeful intent to mislead the Plaintiff into relying upon those misrepresentations and omissions, and the Plaintiff was justified in relying upon said misrepresentations and omissions.

45. As a direct and proximate result of such fraud, the Technicare has suffered monetary damage and irreparable harm in an amount to be determined at trial.

## COUNT II
## BREACH OF CONTRACT

46. The allegations contained in paragraphs one through thirty-three are re-alleged and incorporated as if fully restated herein.

47. Technicare fully performed its obligations by paying for Defendants services, however Defendants did not perform the services required, among other things, failing to perform correct URL linking from ad pages to the correct landing pages, failure to disclose and make completely transparent the management fee, failure to administer and or manage Technicare's Yelp and Google My Business accounts as required under industry standard. The failure of performance by the Defendants are a material breach of the agreement entered into between the parties.

48. As a direct and proximate result of Defendants breach of the Agreement, Technicare has incurred damages and been injured in an amount to be determined at trial.

## COUNT III
## NEGLIGENCE

49. The allegations contained in paragraphs one through forty-five are re-alleged and incorporated as if fully restated herein.

50. Defendant owed duty to provide the services that it contracted for to Plaintiff.

51. Defendant owed a duty to conform to industry standard and to provide the quality of services reasonably expected of Defendant.

52. Defendant breached that duty owed to Plaintiff by failing to and/or negligently providing services.

53. Defendant's breach of its duty cause Plaintiff substantial harm including but not limited to significant monetary loss.

54. Defendant knew or should have known that by breaching the duty owed to Plaintiff that the resulting harm would be suffered.

55. As a direct and proximate result of Defendants breach of the duty owed to Plaintiff, Technicare has incurred damages and been injured in an amount to be determined at trial.

## COUNT IV
## UNJUST ENRICHMENT

56. The allegations contained in paragraphs one through thirty-six are re-alleged and incorporated as if fully restated herein.

57. Defendant's, has received the benefits of Technicare's substantial monetary payment for services and has not performed under the agreement to the extent required by industry standard as well as the payment of the management fee fraudulently being raised without informing the Plaintiff.

58. Fairness requires that Defendant's, Gatehouse and Propel, reimburse the fees charged to Plaintiff and provide Technicare with expected return on investment and lost profits, attorneys fees, and interest to be calculated at trial.

## COUNT V
## CONVERSION

59. The allegations contained in paragraphs one through thirty-nine are re-alleged and incorporated as if fully restated herein.

60. Defendants, Gatehouse and Propel exercised dominion and control over payments, in which Technicare had an interest to such an extent that the funds controlled by Defendants can longer be construed to be Plaintiff's.

61. As a result of Defendants, Gatehouse and Propel, conversion of joint venture assets, Technicare has been damaged and injured in an amount to be determined at trial.

## COUNT VI
## CIVIL CONSPIRACY

62. The allegations contained in paragraphs one through forty-two are re-alleged and incorporated as if fully restated herein.

63. Defendants, Gatehouse and Dispatch maliciously combined to, among other things, increase the AdWord Marketing Fee, not provide agreed upon or standard industry services in order to reap the benefits of the money being provided by Plaintiff.

64. As a result of Defendants' civil conspiracy, Technicare has been damaged and injured in an amount to be determined at trial.

## COUNT VII
## DECEPTIVE TRADE PRACTICES UNDER
## OHIO REVISED CODE CHAPTER 4165

65. The allegations contained in paragraphs one through forty-five are re-alleged and incorporated as if fully restated herein.

66. Under Ohio Revised Code Chapter 4165.01 (D) "person" means an individual, corporation, ... partnership, unincorporated association, limited liability company, two or more of any of the foregoing having a joint or common interest, or any other legal or commercial entity.

67. Technicare is a "person" as defined by Ohio Revised Code Chapter 4165.01 (D).

68. Under Ohio Revised Code 4165.02 Defendants conducted and engaged in deceptive trade practices.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012

Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 29 of 106 PAGEID #: 160

69. As a result of Defendants' Deceptive Trade Practices, Technicare has been damaged and injured in an amount to be determined at trial.

WHEREFORE, Plaintiff, Technicare, demands judgment against Defendants, in excess of twenty-five thousand dollars ($25,000) as to each of the following:

A. For compensatory damages against Defendants in an amount to be determined at trial;

B. For punitive damages against Defendants in an amount to be determined at trial;

C. For pre- and post-judgment interest;

D. For attorneys' fees and costs;

E. For such other relief as this Court deems just.

Respectfully submitted,

Nicholas Kolitsos, Esq. (0095938)
Jones Law Group, LLC
513 E. Rich Street
Columbus, Ohio 43215
Phone: (614) 545-9998
Fax:    (614) 573-8690
nkolitsos@joneslg.com
*Counsel for Plaintiff*

## JURY TRIAL DEMAND

Plaintiff, Technicare, by and through counsel, hereby demands a trial by jury on

all issues able to be tried.

NICHOLAS KOLITSOS (0095938)

# Technicare



## *PROPOSED TACTICS FROM DISPATCH DIGITAL*

### *SEARCH ENGINE OPTIMIZATION (SEO)*

Dispatch Digital will optimize the website to obtain the best organic rankings possible.  An SEO campaign includes:

- ☑ Consultation and Competitive Analysis
- ☑ Basic Site Submission
  - o Search Engines
    - ▪ Google
    - ▪ Yahoo
    - ▪ MSN/Bing
- ☑ Local Content Submission
  - o Three Local Directories
    - ▪ Google Maps
    - ▪ Yahoo Local
    - ▪ Bing Local
- ☑ META Tag Creation
  - o Page Title
  - o META Keywords
  - o META Description
  - o Link Title & ALT Image tags
- ☑ Sitemap creation, verification and submission
  - o META verification Code for the site
    - ▪ Google Webmaster
    - ▪ Yahoo Site Explorer
    - ▪ Bing Webmaster
- ☑ Link Building
  - o Submission to 100 Directories per month
  - o Submission to 100 Social Bookmarking Sites per month
- ☑ Keyword Reporting
  - o Access at Google Analytics
  - o Monthly reporting
- ☑ Online Video Optimization to include YouTube and Vimeo



### *SEARCH ENGINE MARKETING*



Dispatch Digital will increase traffic to your site while lowering the cost per acquisition (CPA) per new customer.  Dispatch Digital manages a professional SEM campaign designed to provide clients with the highest Return on Investment (ROI) for their marketing dollar.  This approach will enable your website to increase its conversion of unique visitors to customers because of Dispatch Digital's paid search engine positioning.

Together, Dispatch Digital will develop a specific keyword list for a successful campaign. Through website mining and text extraction, Dispatch Digital strives to match as precisely as possible the content of its keyword lists to the content of your site.

# Technicare



Dispatch Digital focuses on SEM optimization through keyword analysis. A campaign initially contains thousands of keywords. Our proprietary bid management system allows Dispatch Digital to identify and separate keywords that perform and convert while eliminating words which do not add value to the campaign. This methodology of optimization has a direct positive correlation to Google Quality Score which determines minimum bid and page placement. Dispatch Digital considers SEM to be a dynamic process which requires continuous adjustments. A stagnant SEM campaign will most likely be ineffective. Dispatch Digital conducts keyword diagnostics on a daily basis, guaranteeing constant modifications and the latest search trends, ensuring Dispatch Digital customers will stay ahead of the competition.

*TARGET AREA –*

*BUDGET*

The budgets that follow are estimated based upon our current understanding of the projects.

# Technicare

| TACTICS | COST |
|---|---|
| Search Engine Optimization – *Research & Implementation* | $400 One Time Fee |
| Search Engine Optimization – *Dec 2012 – Nov 2013* | $250 / month |
| Search Engine Marketing (Paid Search) *Dec 2012 – Feb 2013* | $400 / month |
| Search Engine Marketing (Paid Search) *Mar 2013 – May 2013* | $1250 / month |
| Search Engine Marketing (Paid Search) *June 2013 – August 2013* | $500 / month |
| Search Engine Marketing (Paid Search) *Sept 2013 – Nov 2013* | $1250 / month |
| *All Pricing Includes Columbus, Oh & Louisville, Ky.* *75% budget to Cols     25% budget to Louisville.* | |
| **Total 12 Month Investment Dec 2012 – Nov 2013** | $13,600 |

## *ASSUMPTIONS*

The following assumptions have been made in the development of this proposal:

- Technicare will do everything to make sure anything needed– questions, images, URL information, hosting, etc are answered timely manner to not delay production.
- In order to perform SEO services, Dispatch Digital may need FTP access to your website host.  SEO services cannot be performed without this.  Cooperation from webmaster to make changes is also necessary
- Dispatch Digital's tactics are in compliance with SEO best practices. Because we are dedicated to your site's success, Dispatch Digital will **never** engage in any black hat SEO techniques, which could potentially result in your site being blacklisted from the search engines.
- This price quote is valid for 30 days from date of receipt. Please speak with your Dispatch Digital Representative for terms and conditions of services.

## *SAMPLE KEYWORDS*

| | |
|---|---|
| carpet cleaners company | advanced window cleaning |
| professional carpet cleaning | commercial window cleaner |
| home carpet cleaning service | american window cleaning |
| carpet cleaning hire | window cleaning cost |
| green carpet cleaners | window cleaning system |
| rate carpet cleaners | abseiling window cleaning jobs |
| carpet cleaning co | window cleaning costs |
| local carpet cleaners | domestic window cleaning |
| steamer carpet cleaning | master window cleaners |
| carpet cleaning solutions | window washing businesses |
| carpet cleaning prices | house window cleaners |
| dry clean carpet cleaning | window cleaning products |
| carpet cleaning tips | window washing cost |
| all american carpet cleaning | window cleaning companys |
| deluxe carpet cleaning | the window cleaners |
| professional carpet cleaning companies | sunshine window cleaners |
| american carpet cleaning | residential window cleaning service |
| carpet cleaning systems | paneless window cleaning |
| carpet cleaners rated | abseiling window cleaners |

0E048 - C84
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 May 06 4:03 PM-18CV002912
Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-9 Filed: 04/05/18 Page: 34 of 106 PAGEID #: 165

# Technicare

| | |
|---|---|
| carpet cleaning quote | window cleaning businesses |
| green carpet cleaning | skyline window cleaning |
| safe carpet cleaning | window clean |
| best carpet cleaning companies | professional window cleaners |
| apartment carpet cleaning | window cleaning contractor |
| rainbow carpet cleaning | sunshine window cleaning |
| chem dry carpet cleaners | window cleaning names |
| best carpet cleaning service | professional window washing |
| carpet cleaning review | window cleaning companies |
| rainbow carpet cleaners | domestic window cleaners |
| budget carpet cleaning | residential window cleaning |
| hiring carpet cleaners | professional window cleaner |
| carpet cleaners upholstery | window cleaning estimate |
| local carpet cleaning company | residential window cleaner |
| carpet cleaners solutions | office window cleaning |
| carpet cleaners price | city window cleaners |
| chem dry carpet cleaning | window cleaning rates |
| stanley steamer carpet cleaning | window cleaning services |
| best commercial carpet cleaners | window cleaning price |
| carpet cleaning methods | affordable window cleaning |
| carpet cleaners prices | best window washing |
| stanley steamers carpet cleaning | window washing prices |
| carpet cleaning cost | commercial window cleaning |
| best carpet cleaning company | window washing rates |
| carpet cleaning | window cleaning website |
| carpet cleaning rates | commercial window cleaning company |
| stanley steamer carpet cleaners | best window cleaning |
| dry steam carpet cleaning | window washing service |
| cost of carpet cleaning | home window washing |
| professional carpet cleaning services | window cleaning contracts |

**EXHIBIT**

**B**

| | |
|---|---|
| **From:** | Andrew Mulcahey <AMulcahey@dispatch.com> |
| **Sent:** | Wednesday, July 08, 2015 11:57 AM |
| **To:** | Eric VanZwieten |
| **Cc:** | Jamie Blary |
| **Subject:** | RE: Search Information |
| **Attachments:** | Technicare -- SEM  SEO -- Window and Carpet Cleaning.pdf |

Good afternoon, Eric! I look forward to hearing about your vacation!

To answer the question of management fee. The management fee is 35%, as described on Page 5 and 6 of the attached. I've also included below.

**What the 35% entails is…..**
- **Campaign Pre-Launch**
  - Set-up
  - Ad Creation
  - Bidding Strategy
  - Landing Page Strategy
  - Campaign Reporting Creation
- **Campaign Management**
  - Daily Bid Management
  - Daily Budget Management
  - Daily Quality Score Management
  - Ad Copy Change/Adjustments
  - Geographic Targeting and Optimization
  - Keyword Analysis Reports
  - Keyword Additions and Adjustments
  - Negative Keyword Additions and Adjustments
- **Post Campaign Follow-Up**
  - Reporting (Impressions/Searches, Geo-Targets, Keywords, CTR, Avg. Position)
  - Google Analytics Analysis and Review
  - Strategic Post Campaign Roadmap
  - Cost Per Lead, Conversion Measuring thru Analytics

Let me know if this helps with what the management fee entails and all the work that goes beyond the budget of the campaign.

Once you're back, I'll have some more information on the targeted display retargeting and Facebook retargeting we discussed in our meeting.

Thanks and talk to you when you're back!

Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 36 of 106 PAGEID #: 167
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012

Technicare SEM & SEO

## Paid Search

### Search Engine Marketing (SEM) Campaign Consultation & Pre-Launch



- Campaign Goals Consultation
- Define Campaign Success
- Competitive Analysis
- Define Geo-Targets
- Discuss Budget Parameters

- Website Content / Structure Analysis
- Organic vs. Paid Search Analysis
- Campaign Time Frame
- Conference Call / Communication Schedule for Campaign Management
- Includes 35% Management Fee

2

technicare SEM & SEO

## Campaign Pre-Launch Strategy

- Google Adwords & Yahoo/Bing Account Set-Up
- Keyword Research for Google Adwords & Yahoo/Bing Networks
- Ad Group Creation
- Bid Strategy

- Landing Page Strategy
- Ad Text Creation / Approval
- Content Network Placement Strategy
- Campaign Reporting Creation

## Search Engine Marketing (SEM) Campaign Management

Google Adwords & Yahoo/Bing Project Management Strategy

- Daily Bid Management
- Daily Budget Management
- Daily Quality Score Management
- Ad Copy Change and Adjustments
- Geographic Targeting Analysis and Adjustments

- Keyword Analysis Reports
- Keyword Additions and Adjustments
- Negative Keyword Additions and Adjustments
- Content Network Management

## Search Engine Marketing (SEM) Reporting & Post Campaign Follow-Up

On Site Campaign Results Consultation

- Review Campaigns by (Geo-Targets, Keywords, Impressions, CTR)
- Google Analytics Analysis and Review

- Strategic Post Campaign Roadmap
- SEO Recommendations
- Digital & Traditional Media/Marketing Review

## Andrew Mulcahey

**Dispatch Media Group**
**Office**: 614-469-6035
**Cell**: 614-745-7544

digital / DISPATCH MEDIA GROUP

**From:** Eric VanZwieten [mailto:ericvz@mytechnicare.com]
**Sent:** Friday, July 03, 2015 7:34 AM
**To:** Andrew Mulcahey
**Cc:** Jamie Blary
**Subject:** RE: Search Information

Sounds good Andrew, let get it going? I would like to promote our $99 special going on for carpet cleaning and window cleaning. You can find both offers on our web site.
Also, one question you did not answer, how much of our SEM spend is going to ads?

Thanks,
Eric

**From:** Andrew Mulcahey [mailto:AMulcahey@dispatch.com]
**Sent:** Thursday, July 2, 2015 10:06 PM

3

**To:** Eric VanZwieten (ericvz@mytechnicare.com)
**Cc:** Jamie Blary
**Subject:** Search Information

Hi Eric (...or Eva)! Great seeing you today. Have a great trip in CO!

Like you asked, I wanted to send over the search information we discussed earlier today. For the Retargeting, I'm going to take a deeper dive into your Google Analytics to provide a more in-depth/targeted campaign to reach your goals.....we can finalize that portion once you're back.

If the attachments and my notes below don't fully answer all your questions, don't hesitate to give me a call on the phone to discuss. (...I'll be in the car most of Friday morning driving to Pittsburgh, so I'm available until about 2p) Sounded like you wanted to have things decided before you go on vacation.

- **PPC (SEM)** – I've attached the SEM proposal. This goes in-detail about the campaign (nothing has changed), but Page 9 is where the specifics about pricing are. I've also included them below in bullet points. REMINDER, the estimated clicks are conservative estimate numbers.
  - **Columbus, OH Market**
    - **Window Cleaning --** $500 per month, 50-90 estimated clicks
    - **Carpet Cleaning --** $500 per month, 40-80 estimated clicks
  - **Louisville, KY Market**
    - **Window Cleaning --** $575 per month, 50-90 estimated clicks
    - **Carpet Cleaning --** $575 per month, 40-80 estimated clicks

- **SEO** – Please see notes below
  - I've attached an **Audit** we ran that reflects where the site stands **right now**. This 19-page audit is broken out in 14 different categories and ranks where MyTechnicare.com currently stands. In the top right hand corner of the category page, you will notice a score that is out of 10.
  - **SEO Timetable**.....this .PDF walks through the timetable for what you're looking for. Page 1 reviews the 1st 30 Days, Page 2 reviews Days 30-90, the last page reviews On-Going Maintenance that is happening each month.....along with growing organic rankings.
  - In the last 90 days without running an SEO campaign, MyTechnicare.com is **down 30%** in all organic rankings. Not showing up in the first couple pages.
  - After talking with Sara today, she said the previous rate of $525 is still good and will cover all 3 locations!

Moving forward, we can start this campaign after the holiday weekend on Monday once we get an OK from you. We would just need to know if there are any special offers or wording we want to put into the PPC ads. We can use the same PPC ads as before. For example, we've also promoted 30% off, 10% off, 4 areas for $99. Also, will you want to drive traffic to the homepage of the site or to the Schedule Now! page? In our last campaign, we sent traffic to the homepage.

Feel free to call if there's anything else I can help with answering! Here to help.

## Andrew Mulcahey
*Dispatch Media Group*
**Office**: 614-469-6035
**Cell**: 614-745-7544

digital / DISPATCH MEDIA GROUP

4

0E048 - 089
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012
Case: 2:18-cv-00298-GCS-KAJ Doc #: 1-6 Filed: 04/05/18 Page: 39 of 106 PAGEID #: 170

Dispatch Broadcast Group does not discriminate in the sale of advertising time and will not accept advertising which is placed with the intent to discriminate on the basis of race or ethnicity. Any provision in any order or agreement for advertising that purports to discriminate, or has the effect of discriminating, on the basis of race or ethnicity, is hereby declared null and void.

Dispatch Broadcast Group does not discriminate in the sale of advertising time and will not accept advertising which is placed with the intent to discriminate on the basis of race or ethnicity. Any provision in any order or agreement for advertising that purports to discriminate, or has the effect of discriminating, on the basis of race or ethnicity, is hereby declared null and void.

## Nick Kolitsos

| | |
|---|---|
| **From:** | Daniel O'Brien <dobrien@propelmarketing.com> |
| **Sent:** | Tuesday, April 25, 2017 1:39 PM |
| **To:** | Eric VanZwieten |
| **Cc:** | Jacob Myers; Emily Adams; Blary, Jamie |
| **Subject:** | Re: Technicare - Highest rated, local, pet friendly, lowest price! |

Hey Eric,

Apologies for the late response here. I hope to have the new numbers and URLs updated by EOD today.

Dan

On Tue, Apr 25, 2017 at 4:09 AM, Eric VanZwieten <ericvz@mytechnicare.com> wrote:

Dan, I have not heard back from you on the URL stuff either. Have you implemented the URL changes in our ads yet? Or are we still sending ads to pages that don't make sense to the visitor?

**From:** Eric VanZwieten
**Sent:** Friday, April 21, 2017 3:18 PM
**To:** 'Daniel O'Brien' <dobrien@propelmarketing.com>
**Cc:** Jacob Myers <jmyers@propelmarketing.com>; Emily Adams <eadams@propeldmg.com>; Blary, Jamie <jblary@dispatch.com>; 'Krzysztof Turowski' <turikke@gmail.com>
**Subject:** RE: Technicare - Highest rated, local, pet friendly, lowest price!

Hey Dan, glad someone was listening! I have been using a tool to watch our site visitors live on our site. I can see the url they used to get to the site and I can watch them move from one page to the next. I have noticed when visitors come from our facebook ads the url looks like this:

https://www.mytechnicare.com/?utm_source=Propel_Social&utm_medium=Facebook_Ads&utm_campaign=Technicare_Columbus

Instead of directing people who have clicked on a carpet cleaning ad to our home page, we should be directing them to our carpet cleaning page.

We should also be setting up some other parameters for them as well, so our site is geared towards their experience. We should be displaying the correct branch, phone number, service and discount. If you use the BranchSlug parameter the site will display the correct phone number

Use these parameters in the url to make this happen:

1

- https://www.mytechnicare.com/carpet-cleaning/
- service=carpet-cleaning
- branchSlug=columbus
- branchSlug=louisville
- branchSlug=atlanta
- coupon=3Area99
- coupon=4Area129
- coupon=FreePetTreatment


Example:

https://www.mytechnicare.com/carpet-cleaning/?service=carpet-cleaning&branchSlug=columbus&coupon=3Area99&utm_source=Propel_Social&utm_medium=Facebook_Ads&utm_campaign=Technicare_Columbus


This same concept should be used with our SEM if at all possible.

Also, I have seen some negative comments on Facebook that our same ad keeps showing up on a person's wall, so I want to make sure we are using as many different variations of our ads as possible.

Thanks,

Eric




**From:** Daniel O'Brien [mailto:dobrien@propelmarketing.com]
**Sent:** Friday, April 21, 2017 1:59 PM
**To:** Eric VanZwieten <ericvz@mytechnicare.com>
**Cc:** Jacob Myers <jmyers@propelmarketing.com>; Emily Adams <eadams@propeldmg.com>; Blary, Jamie <jblary@dispatch.com>
**Subject:** Re: Technicare - Highest rated, local, pet friendly, lowest price!


Thanks Eric! Just circling back and letting you know we're working on incorporating that language into the Facebook ads and the SEM ad copy


Dan


On Thu, Apr 13, 2017 at 5:37 PM, Eric VanZwieten <ericvz@mytechnicare.com> wrote:

Hi team, I would like all of our advertising focus to be on carpet cleaning and these four concepts: Highest rated, local, pet friendly, lowest price.

- We want to start taking advantage of the fact that we have the highest rating of any local carpet cleaning company in Facebook, Google Reviews, Yelp and Angie's List.
- We are a local company and we have a local owner at each one of our branches. People like local, so let's make sure people know we are local.
- We are pet friendly in two ways, we are very good at getting out pet accidents and the process we use and the chemicals we use are very safe for pets.
- Especially our carpet cleaning prices are very competitive and we definitely have the lowest prices of anyone rated even close to us.

We are in the process of getting these four concepts into as much marketing communication as possible. If a homeowner has a pet, we want them to understand that we are the right company to call. There are a lot of homeowners with pets and they need their carpets cleaned often!

We are running two specials that get some of these concepts across, 1 area of free pet treatment and $99 for 3 areas.

We need to start getting creative in order to get the attention of pet owners.

I would like to make sure that our visual branding stays fairly consistent. Please see the attached as example and you can check out our latest posts on facebook. We are going to evolve into a carpet cleaning company over the next couple of years. All new branches will be started as carpet cleaning only and we will be getting rid of all our other services other than water restoration.

Let me know if you have any questions.

Thanks,

Eric

--

**DAN O'BRIEN**
*Senior Account Manager*


T: 617-249-2692

C: 617-483-3719

E: dobrien@propelmarketing.com

3

--

## DAN O'BRIEN

*Senior Account Manager*

**T:** 617-249-2692

**C:** 617-483-3719

**E:** dobrien@propelmarketing.com

0E048 – 094
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV001815
Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 44 of 106 PAGEID #: 175





**DMG** DISPATCH MEDIA GROUP



**PROPEL** MARKETING / **DISPATCH MEDIA GROUP**

A digital media and marketing services agency

# Digital Marketing Strategy -- 2016

**PROPEL** MARKETING

# MARKETING INTIATIVES & TARGETS





**PROPEL** MARKETING / **DISPATCH MEDIA GROUP**

- Deliver a targeted, branded Digital Marketing Strategy that helps grow Technicare's online presence to increase new leads and conversions while achieving their 2016 marketing goals.

- Utilize multiple digital products to deliver a targeted, creative message to reach each targeted audience in each market for Carpet Cleaning and Window Cleaning. *(Search Engine Marketing, Search Engine Optimization, Social Marketing, Social Retargeting)*

- Year over Year growth by measuring qualified leads and conversions to help provide a Return on Investment thru goal achievement & campaign optimization.



**PROPEL** MARKETING

# STRATEGY TACTICS





## Tactic 1 – Search (SEO & SEM)

- Help manage and grow Technicare's Search Marketing Strategy thru Pay Per Click advertising and organic rankings.

- Deliver qualified traffic to landing pages within Technicare's site.

- Serves across desktop and mobile platforms

## Tactic 2 – Social Marketing

- Deliver targeted Facebook & Instagram posts to our desired targeted audience.

- Ads will be in-feed on desktop and mobile devices.

## Tactic 3 – Social Retargeting

- Re-target users from MyTechnicare.com in their Facebook News Feed to drive users back to desired landing page.



PROPEL
MARKETING

0E048 - G97
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012
Case: 2:18-cv-00298-GCS-RAJ Doc #: 5-1 Filed: 04/05/18 Page: 47 of 106 PAGEID #: 178

# SEARCH MARKETING

1. **SEO** Local Business Listings

2. **SEO** Natural Listings (Search Engine Optimization)

3. **SEM** Sponsored Links (PPC, Pay Per Click)

Google

Google Partner

YAHOO! bing

PROPEL
MARKETING



0E048 - 098
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002912
Case: 2:18-cv-00298-GLS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 48 of 106 PAGEID #: 179

# SEARCH ENGINE MARKETING

## WHAT IS PAY PER CLICK?

Pay Per Click, or PPC, is the process of gaining traffic by purchasing ads on search engines

• It is also called paid search and sometimes referred to as SEM (Search Engine Marketing).

• PPC advertising is the fastest way to drive instant, targeted traffic to your website.

• PPC is online advertising where you only pay when somebody clicks on your ads.

• Target keywords on your SEM campaign are typed by users on search engines .

• Target keywords on your SEM campaign are typed by users on search engines .

## SEARCH ENGINE MARKETING(SEM) CAMPAIGN MANAGEMENT

• Google Adwords & Yahoo/ Bing Project Management Strategy

• Daily Bid Management

• Daily Budget Management

• Daily Quality Score Management

• Ad Copy Change and Adjustments

• Geographic Targeting Analysis and Adjustments

• Keyword Analysis Reports

• Keyword Additions and Adjustments

• Negative Keyword Additions and Adjustments

• Content Network Management

## WHY IS PAY PER CLICK IMPORTANT?

• Quick Results Guaranteed ad positioning for maximum visibility

• Get Seen Immediately

• Choosing From More Words

• Changing Settings Easily to test the effectiveness of different keywords and promotional offers

• Instant targeted traffic

• No changes have to be made to your website to gain the increased traffic

• Accurate Non-invasive retargeting

• High return on investment






PROPEL
MARKETING

Google
Partner

# SEARCH ENGINE OPTIMIZATION



## WHAT IS SEO?

- SEO is an abbreviation for **S**earch **E**ngine **O**ptimization
- SEO is the process of improving the volume or quality of traffic to a web site from search engines via search results
- SEO aims to improve rankings for relevant keywords in search results

## WHY IS SEO IMPORTANT?

- Search Engines are the biggest resources of your websites traffic
- Higher traffic means more visitors
- More visitors mean more customers and higher profit

## TYPES OF SEO

- On page Search Engine Optimization
- Off page Search Engine Optimization



**PROPEL**
MARKETING

Google
Partner

# SEARCH ENGINE OPTIMIZATION




PR⦾PEL MARKETING / DISPATCH MEDIA GROUP

- **Search Engine Optimization (SEO) Tactics:**
- Analyze & Refine website to be more SEO-friendly
- Personalized, local keyword strategy to zero in on your audience
- In-House Expertise and Management of SEO
- Monthly results reporting

- **Included in monthly SEO fee:** Account Log-in & Password, Analytics Review, Keywords Selection Consultation, Onsite Recommendations, Social Bookmarking, Onsite Optimization & Implementation, Dedicated AM/CSM, Monthly Review Call, Directory Submissions

- **2016 Technicare SEO Recommendation:** $525 per month  *(currently running in 2016)*

PR⦾PEL MARKETING




Google Partner

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012
Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-4 Filed: 04/05/18 Page: 51 of 106 PAGEID #: 182

# SEM / PPC STRATEGY




- Propel Marketing's paid search strategy is always to focus on client's KPI's and Campaign Goals.

- **Campaign goals:** Drive qualified traffic to website (page specific) and increasing online leads (thru phone call and form fill)

- While achieving KPI's and Campaign Goals, the PPC campaign will maintain a strong market share and premium position on ads.

**PROPEL** MARKETING




Google Partner

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012
Case: 2:18-cv-00298-GCS-KAJ Doc #: 5 Filed: 04/05/18 Page: 52 of 106 PAGEID #: 183

# SEARCH TRENDS – Columbus, OH – Carpet Cleaning



- ■ Dublin, Ohio, United States — 45.1% (2,758)
- ■ Upper Arlington, Ohio, United States — 17.6% (1,078)
- ▨ Westerville, Ohio, United States — 14.7% (897)
- ■ New Albany, Ohio, United States — 10.9% (669)
- ■ Powell, Ohio, United States — 7.2% (441)
- ■ Lewis Center, Ohio, United States — 4.5% (277)

- ■ Mobile devices — 34.1% (2,089)
- ■ Tablets — 33.1% (2,029)
- ▨ Computers — 32.8% (2,012)

*These numbers are based off of Google's keyword data*





# PAY PER CLICK (PPC/SEM) RECOMMENDATION








The top Ad Groups & Keywords are based on specified Zip Codes in Columbus, OH searches and the content on myTechnicare.com regarding carpet cleaning.

- **Flight:** 1-month Pricing
- **Geography:** 10 Zip Codes in Columbus, OH
- **Keyword Groups:** 74
- **Estimated Keywords:** 803
- **Competitive Share:** $775

PROPEL MARKETING

Google Partner

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012

Case: 2:18-cv-00298-GCS-RAJ Doc #: 5-1 Filed: 04/05/18 Page: 54 of 106 PAGEID #: 185

# SEARCH TRENDS – Columbus, OH – Window Cleaning



**5,240**
Avg. monthly searches

- Dublin, Ohio, United States — 42.9% (2,249)
- Westerville, Ohio, United States — 17.0% (889)
- Upper Arlington, Ohio, United States — 16.9% (888)
- New Albany, Ohio, United States — 10.8% (567)
- Powell, Ohio, United States — 6.8% (356)
- Lewis Center, Ohio, United States — 5.6% (291)

**Mobile trends** ▲

Average monthly searches



■ Mobile ■ Total

**5,240**
Avg. monthly searches

- Computers — 36.6% (1,917)
- Mobile devices — 35.6% (1,864)
- Tablets — 27.8% (1,459)

*These numbers are based off of Google's keyword data*

**PROPEL** MARKETING

   Google Partner

# PAY PER CLICK (PPC/SEM) RECOMMENDATION

The top Ad Groups & Keywords are based on specified Zip Codes in Columbus, OH searches and the content on myTechnicare.com regarding Window Cleaning.

- **Flight:** 1-month Pricing
- **Geography:** 10 Zip Codes in Columbus, OH
- **Keyword Groups:** 78
- **Estimated Keywords:** 801
- **Competitive Share:** $650








PROPEL
MARKETING

Google
Partner

# TARGRETED SOCIAL - Facebook & Instagram Ads






**Audience Definition**

Your audience is defined.

Specific —— Broad

**Audience Details:**

- Location:
  - United States: Columbus (43220), Columbus (43221), Columbus (43212), Columbus (43235), Dublin (43117), Dublin (43016), Lewis Center (43035), New Albany (43054), Powell (43065), Westerville (43082), Ohio

- Age:
  - 27 – 65+

- People Who Match:
  - Home Types: $300,000 –
    $499,999, $500,000 - $699,999,
    $700,000 - $999,999 or
    $1,000,000 - $1,999,999
  - Home Ownership: Homeowners

Potential Reach: 100,000 people

## Columbus, OH – Facebook & Instagram

- **Demographic:** Adults 27-65, Homeowners, Home Value of $300k or higher.
- **Total Potential Reach:** 100,000 People
- **Frequency:** 3 Ads Per Week x 4 Weeks
- **Estimated Monthly Ads Served:** 1,200,000 Impressions
- **Monthly Recommended Budget:** $875

*(Re-targeting Included)*

**PROPEL**
MARKETING



# SEARCH TRENDS – Louisville, KY – Carpet Cleaning

*These numbers are based off of Google's keyword data*





# PAY PER CLICK (PPC/SEM) RECOMMENDATION





The top Ad Groups & Keywords are based on specified Zip Codes in Louisville, KY searches and the content on myTechnicare.com regarding Carpet Cleaning.

- **Flight:** 1-month Pricing
- **Geography:** 10 Zip Codes in Louisville, KY
- **Keyword Groups:** 74
- **Estimated Keywords:** 803
- **Competitive Share:** $625



**PROPEL**
MARKETING
Google
Partner

0E048 - P10
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012
Case: 2:18-cv-00298-GCS-RAJ Doc #: 5-1 Filed: 04/05/18 Page: 59 of 106 PAGEID #: 190

# SEARCH TRENDS – Louisville, KY – Window Cleaning



 

*These numbers are based off of Google's keyword data*

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012

Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-4 Filed: 04/05/18 Page: 60 of 106 PAGEID #: 191

# PAY PER CLICK (PPC/SEM) RECOMMENDATION




The top Ad Groups & Keywords are based on specified Zip Codes in Louisville, KY searches and the content on myTechnicare.com regarding Window Cleaning.

- **Flight:** 1-month Pricing
- **Geography:** 10 Zip Codes in Louisville, KY
- **Keyword Groups:** 78
- **Estimated Keywords:** 801
- **Competitive Share:** $515





PROPEL
MARKETING

Google
Partner

# TARGRETED SOCIAL - Facebook & Instagram Ads








### Louisville, KY – Facebook & Instagram

- **Demographic:** Adults 27-65, Homeowners, Home Value of $300k or higher.
- **Total Potential Reach:** 92,000 People
- **Frequency:** 2.5 Ads Per Week x 4 Weeks
- **Estimated Monthly Ads Served:** 920,000 Impressions
- **Monthly Recommended Budget:** $720

*(Re-targeting Included)*

## Audience Definition

Specific    Broad

Your audience is defined.

### Audience Details:

- Location:
  ○ United States: Louisville (40207), Louisville (40245), Louisville (40223), Louisville (40299), Louisville (40241), Louisville (40222), Louisville (40291), Louisville (40206), Louisville (40242), Prospect (40059) Kentucky
- Age:
  ○ 27 - 65+
- People Who Match:
  ○ Home Types: $300,000 – $499,999, $500,000 - $699,999, $700,000 - $999,999 or $1,000,000 - $1,999,999
  ○ Home Ownership: Homeowners

Potential Reach: 92,000 people

**PROPEL** MARKETING

# SEARCH TRENDS – Atlanta, GA – Carpet Cleaning



Mobile trends ◆

Average monthly searches

4K

3K

2K

1K

Feb 2015    Apr    Jun    Aug    Oct    Jan 2016

■ Mobile  ■ Total

**6,380**
Avg. monthly
searches

**6,380**
Avg. monthly
searches

■ Alpharetta, Georgia, United States        49.9% (3,184)
■ Johns Creek Georgia, United States        24.7% (1,578)
▨ Roswell, Georgia, United States           14.1% (897)
■ Milton, Georgia, United States            11.3% (721)

■ Mobile devices   41.6% (2,653)
■ Computers        35.5% (2,262)
▨ Tablets          23.0% (1,465)

*These numbers are based off of Google's keyword data*



PROPEL
MARKETING

Google
Partner

0E048 - P14
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012
Case: 2:18-cv-00296-GCS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 63 of 106 PAGEID #: 194

# PAY PER CLICK (PPC/SEM) RECOMMENDATION





The top Ad Groups & Keywords are based on specified Zip Codes in Atlanta, GA searches and the content on myTechnicare.com regarding Carpet Cleaning.

- **Flight:** 1-month Pricing
- **Geography:** 6 Zip Codes in Atlanta, GA
- **Keyword Groups:** 74
- **Estimated Keywords:** 803
- **Competitive Share:** $705



**PROPEL**
MARKETING

Google
Partner

# SEARCH TRENDS – Atlanta, GA – Window Cleaning

Alpharetta, Georgia, United States    50.3% (2,752)
Johns Creek, Georgia, United States    23.5% (1,287)
Roswell, Georgia, United States    15.4% (842)
Milton, Georgia, United States    10.8% (589)



**5,470**
Avg. monthly searches

Computers    40.6% (2,221)
Mobile devices    40.3% (2,205)
Tablets    19.1% (1,044)

**5,470**
Avg. monthly searches

### Mobile trends ⬍



Average monthly searches

3K

2.25K

1.5K

750

Feb 2015    Apr    Jun    Aug    Oct    Jan 2016

■ Mobile    ■ Total

*These numbers are based off of Google's keyword data*

**PROPEL** MARKETING





Google Partner

# PAY PER CLICK (PPC/SEM) RECOMMENDATION

The top Ad Groups & Keywords are based on specified Zip Codes in Atlanta, GA searches and the content on myTechnicare.com regarding Window Cleaning.

- **Flight:** 1-month Pricing
- **Geography:** 6 Zip Codes in Atlanta, GA
- **Keyword Groups:** 78
- **Estimated Keywords:** 801
- **Competitive Share:** $640








**PROPEL**
MARKETING

Google Partner

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012
Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 66 of 106 PAGEID #: 197

# TARGRETED SOCIAL - Facebook & Instagram Ads





## Atlanta, GA – Facebook & Instagram

- **Demographic::** Adults 27-65, Homeowners, Home Value of $300k or higher.
- **Total Potential Reach:** 15,000 People
- **Frequency:** 3 Ads Per Week x 4 Weeks
- **Estimated Monthly Ads Served:** 180,000 Impressions
- **Monthly Recommended Budget: $510**

*(Re-targeting Included)*



**Audience Definition**

Your audience is defined.

Specific ———— Broad

**Audience Details:**

- Location:
  - United States: Alpharetta (30005), Alpharetta (30009), Alpharetta (30004), Alpharetta (30022), Roswell (30076), Roswell (30075) Georgia
- Age:
  - 27 - 35
- People Who Match:
  - Home Types: $200,000 - $299,999, $300,000 - $499,999, $500,000 - $699,999, $700,000 - $999,999, $1,000,000 - $1,999,999 or Over $2,000,000
  - Home Ownership: Homeowners

Potential Reach: 15,000 people

PR☉PEL
MARKETING

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:08 PM-16CV012193
Case: 2:18-cv-00290-GCS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 67 of 106 PAGEID #: 1198
EXHIBIT
D

| | |
|---|---|
| **From:** | jmyers@propelmarketing.com |
| **Sent:** | Tuesday, April 25, 2017 6:27 AM |
| **To:** | Eric VanZwieten |
| **Subject:** | Re: New marketing direction |

Roger that. We'll have that info for you tomorrow.

Sent from my iPhone

--

**Jake Myers**

Channel Sales Manager

E: jmyers@propelmarketing.com

P: 614.361.6317



On Apr 25, 2017, at 4:03 AM, Eric VanZwieten <ericvz@mytechnicare.com> wrote:

> Just to make sure we are on the same page, I pay $6000 a month for SEM and Facebook ads. I want to
> know how much of that $6000 is being spent on the ad buys and how much is going towards overhead?
>
> **From:** Jacob Myers [mailto:jmyers@propelmarketing.com]
> **Sent:** Monday, April 24, 2017 8:10 PM
> **To:** Eric VanZwieten <ericvz@mytechnicare.com>
> **Subject:** Re: New marketing direction
>
> Hey Eric - no problem. I don't know off the top of my head (it would be whatever the original
> agreement was with Andy), but I'll have Dan pull it and have it for you on Wednesday.
>
> Thanks!
>
>
> **JAKE MYERS**
>
> *Channel Sales Manager*
>
> C: 614.361.6317
>
> E: jmyers@propelmarketing.com
>
> <image002.jpg>
>
> On Mon, Apr 24, 2017 at 8:00 PM, Eric VanZwieten <ericvz@mytechnicare.com> wrote:

Hey Jake, I would also like to know what percent of our SEM budget is going towards ads, and what percent is going towards management?

**From:** Jacob Myers [mailto:jmyers@propelmarketing.com]
**Sent:** Sunday, April 23, 2017 10:03 PM
**To:** Eric VanZwieten <ericvz@mytechnicare.com>
**Cc:** Emily Adams <eadams@propeldmg.com>; Blary, Jamie <jblary@dispatch.com>; Daniel O'Brien <dobrien@propelmarketing.com>; Krzysztof Turowski <turikke@gmail.com>
**Subject:** Re: New marketing direction

Hey Eric,

Thanks for the detailed note. We hear you loud and clear. We'll be prepared to discuss the below on the call on Wednesday.

Thanks,

**JAKE MYERS**
*Channel Sales Manager*

**C:** 614.361.6317

**E:** jmyers@propelmarketing.com

<image003.jpg>

On Sat, Apr 22, 2017 at 4:37 PM, Eric VanZwieten <ericvz@mytechnicare.com> wrote:

Hello digital marketing team, lots to talk about Wednesday.

I wanted to let everyone know we are moving quickly towards our new direction with branding and I want to make sure everyone is on the same page and rowing in the same direction.

0E048 - P20
Case: 2:18-cv-00298-GCS-KAJ Doc #: 1-9 Filed: 04/05/18 Page: 69 of 106 PAGEID #: 200
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012

We are now focusing all of our efforts on carpet cleaning and a couple of simple concepts:

1. Highest Rated Carpet Cleaning
2. Local
3. Pet Friendly ( we get pet stains and odors out and our cleaning process is safe for pets and kids)
4. Lowest Price

We are the highest rated local carpet cleaning service that is pet friendly at the lowest price. There are many ways you can put these concepts together, but the main point is that we are going to become the carpet cleaning company anyone with a pet will want to use because we are the highest rated, pet stain and odor experts at the lowest price and we are local. We want to gear all of our marketing efforts towards this goal. There is no carpet cleaning company out there that has their brand connected with pet owners the way we want to. We are going to put pets on all of our marketing collateral so everyone starts to associate our brand with pets. I would like to start using these four concepts in as many different phrases as possible so we can start legally protecting the pet friendly concept through usage of marketing phrases.

I want to start using more of our reviews from facebook in our ads along with images of pets. Attached you will see how we have done this in print and you can check out our web site and facebook to see how we have done it there. Please take a minute and read through our carpet cleaning page to get a good idea of what we are trying to do https://www.mytechnicare.com/carpet-cleaning/ . You will notice we have implemented all of the suggested changes to the web site in addition to some new stuff. Chris has been doing some amazing stuff to our site and he is now in the process of "SEOing the hell out of our site." All geared towards our new marketing direction. He has also made some changes to our schedule-a-visit pages so we can more accurately track when visitors are abandoning the scheduling process.

Additionally, I have been doing some research into our SEO and have found that we are lacking in many ways when it comes to SEO. I recently found out that nothing has been done with our local business.google profiles. I am in the process of taking those over myself and building out our three local business.google pages. We have also started advertising on Yelp, which should help on local searches in addition to some other sites we will be joining soon such as Thumbtack and HomeAdvisor. I have gone over our SEO with a couple of tools and consultants, none of which paint our SEO in a good light. We are not only getting crushed by the national brands, but we are also getting crushed by smaller, less professional local competitors. When we meet next week I want to go over our SEO campaign in-depth with as much analytical data as possible and figure out what has been done and what still needs to be done, I want specifics. I want to also figure out if this is the right team to be handling our SEO. I have spent over $60,000 on SEO already, we have been "doing" SEO for over a decade, now is the time for results.

3

Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-7 Filed: 04/03/18 Page: 70 of 106 PAGEID #: 201

Our SEO, SEM, Facebook, Angie's List, web site, print ads and all of our other marketing efforts must be working together, rowing in the same direction. We must do everything we can to work together and make the user experience as seamless as possible. That includes using techniques and parameters to make our site friendly to the local visitors in our different markets. When we direct visitors to our site from Atlanta, our site needs to look like it was designed for Atlanta. Remember, local is one of our main marketing concepts. I recently found out we were sending Facebook carpet cleaning ads to our home page without setting up the right branch parameters for them. We need to be sending them to our carpet cleaning page and setting the correct branch and discount parameters. I have been asking you guys to do that for years.

I will be getting our cost per new customer down to $30 one way or another. As you may be able to tell, my patients is running thin these days. We have one hell of a concept, great branding, great discounts, incredible ratings, we even have our hiring and training systems straightened out so we should be able to keep up with demand and quick growth while providing top quality service, so now all we need to do is make our marketing system efficient enough to scale quickly. In order to do that we need to get our cost per new customer down to $30 (SEO & SEM). I have created a social media referral system that is exploding and costs us $12.50 per new customer. I will be cutting all advertising and marketing efforts that don't get the cost per customer down to $30 soon.

Let me know if you have any questions or if you need anything from me before our meeting next week, I look forward to a very productive meeting!

Thanks,

Eric

(mean guy who used to be fun)

4

**Eric Jones**

| | |
|---|---|
| **From:** | Eric VanZwieten <ericvz@mytechnicare.com> |
| **Sent:** | Tuesday, April 25, 2017 4:09 AM |
| **To:** | Daniel O'Brien |
| **Cc:** | Jacob Myers; Emily Adams; Blary, Jamie |
| **Subject:** | RE: Technicare - Highest rated, local, pet friendly, lowest price! |

Dan, I have not heard back from you on the URL stuff either. Have you implemented the URL changes in our ads yet? Or are we still sending ads to pages that don't make sense to the visitor?

**From:** Eric VanZwieten
**Sent:** Friday, April 21, 2017 3:18 PM
**To:** 'Daniel O'Brien' <dobrien@propelmarketing.com>
**Cc:** Jacob Myers <jmyers@propelmarketing.com>; Emily Adams <eadams@propeldmg.com>; Blary, Jamie <jblary@dispatch.com>; 'Krzysztof Turowski' <turikke@gmail.com>
**Subject:** RE: Technicare - Highest rated, local, pet friendly, lowest price!

Hey Dan, glad someone was listening! I have been using a tool to watch our site visitors live on our site. I can see the url they used to get to the site and I can watch them move from one page to the next. I have noticed when visitors come from our facebook ads the url looks like this:
https://www.mytechnicare.com/?utm_source=Propel_Social&utm_medium=Facebook_Ads&utm_campaign=Technicare_Columbus

Instead of directing people who have clicked on a carpet cleaning ad to our home page, we should be directing them to our carpet cleaning page.
We should also be setting up some other parameters for them as well, so our site is geared towards their experience. We should be displaying the correct branch, phone number, service and discount. If you use the BranchSlug parameter the site will display the correct phone number
Use these parameters in the url to make this happen:

- https://www.mytechnicare.com/carpet-cleaning/
- service=carpet-cleaning
- branchSlug=columbus
- branchSlug=louisville
- branchSlug=atlanta
- coupon=3Area99
- coupon=4Area129
- coupon=FreePetTreatment

Example:
https://www.mytechnicare.com/carpet-cleaning/?service=carpet-cleaning&branchSlug=columbus&coupon=3Area99&utm_source=Propel_Social&utm_medium=Facebook_Ads&utm_campaign=Technicare_Columbus

This same concept should be used with our SEM if at all possible.
Also, I have seen some negative comments on Facebook that our same ad keeps showing up on a person's wall, so I want to make sure we are using as many different variations of our ads as possible.
Thanks,
Eric

1

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002912
Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 72 of 106 PAGEID #: 203

**From:** Daniel O'Brien [mailto:dobrien@propelmarketing.com]
**Sent:** Friday, April 21, 2017 1:59 PM
**To:** Eric VanZwieten <ericvz@mytechnicare.com>
**Cc:** Jacob Myers <jmyers@propelmarketing.com>; Emily Adams <eadams@propeldmg.com>; Blary, Jamie <jblary@dispatch.com>
**Subject:** Re: Technicare - Highest rated, local, pet friendly, lowest price!

Thanks Eric! Just circling back and letting you know we're working on incorporating that language into the Facebook ads and the SEM ad copy

Dan

On Thu, Apr 13, 2017 at 5:37 PM, Eric VanZwieten <ericvz@mytechnicare.com> wrote:

Hi team, I would like all of our advertising focus to be on carpet cleaning and these four concepts: Highest rated, local, pet friendly, lowest price.

- We want to start taking advantage of the fact that we have the highest rating of any local carpet cleaning company in Facebook, Google Reviews, Yelp and Angie's List.
- We are a local company and we have a local owner at each one of our branches. People like local, so let's make sure people know we are local.
- We are pet friendly in two ways, we are very good at getting out pet accidents and the process we use and the chemicals we use are very safe for pets.
- Especially our carpet cleaning prices are very competitive and we definitely have the lowest prices of anyone rated even close to us.

We are in the process of getting these four concepts into as much marketing communication as possible. If a homeowner has a pet, we want them to understand that we are the right company to call. There are a lot of homeowners with pets and they need their carpets cleaned often!

We are running two specials that get some of these concepts across, 1 area of free pet treatment and $99 for 3 areas.

We need to start getting creative in order to get the attention of pet owners.

I would like to make sure that our visual branding stays fairly consistent. Please see the attached as example and you can check out our latest posts on facebook. We are going to evolve into a carpet cleaning company over the next couple of years. All new branches will be started as carpet cleaning only and we will be getting rid of all our other services other than water restoration.

Let me know if you have any questions.

Thanks,

Eric

## DAN O'BRIEN

*Senior Account Manager*

**T:** 617-249-2692

**C:** 617-483-3719

**E:** dobrien@propelmarketing.com

**Eric Jones**

| | |
|---|---|
| **From:** | Daniel O'Brien <dobrien@propelmarketing.com> |
| **Sent:** | Thursday, April 13, 2017 5:52 PM |
| **To:** | Eric VanZwieten |
| **Cc:** | Jacob Myers; Emily Adams; Blary, Jamie |
| **Subject:** | Re: Google Local |

Hi Eric,

Turns out I spoke too soon and we actually do have that login info:

Gmail: technicarepropel@gmail.com
Password: P@ssword16!

You should be able to access those now

Dan

On Thu, Apr 13, 2017 at 5:48 PM, Daniel O'Brien <dobrien@propelmarketing.com> wrote:
  Hi Eric,

  I apologize for not getting back to you earlier, we're looking to see if we have the logins for the Google+ pages but I
  don't think we control them.

  I'll try to get to the bottom of whether or not we do ASAP.

  Dan

  On Thu, Apr 13, 2017 at 5:37 PM, Eric VanZwieten <ericvz@mytechnicare.com> wrote:

  Hi Dan, I am getting extremely frustrated trying to update our google local pages. I am preparing to start a massive
  campaign to get our clients to give us google reviews, but I don't want to send them there until everything is updated.

  Yesterday I updated what I thought was our google local pages. Today I was testing the links we will be emailing out
  to our customers to try to get a bunch of google reviews, but everything looked different. I called google today and
  got the correct URL's and I tried to get ownership of our business.google pages. They said a gmail address starting in
  "TE" has ownership of all three branches right now. If you have that email address please look for the ownership
  request emails so I can get that going as soon as possible.

  Let me know if you have any questions.

  Thanks,

  Eric




  Eric VanZwieten

1

Technicare

10366 Liberty Rd S

Powell, OH 43065

<u>614-766-5040 ext 709</u>

**From:** Daniel O'Brien [mailto:<u>dobrien@propelmarketing.com</u>]
**Sent:** Friday, March 24, 2017 9:18 AM
**To:** Eric VanZwieten <<u>ericvz@mytechnicare.com</u>>
**Cc:** Jacob Myers <<u>jmyers@propelmarketing.com</u>>; Emily Adams <<u>eadams@propeldmg.com</u>>; Blary, Jamie
<<u>jblary@dispatch.com</u>>
**Subject:** Pet Treatment Facebook Ads

Good morning Eric,

My team put together a bunch of pet treatment ads for you to choose from:

<u>https://docs.google.com/document/d/1q5u7ATlMMb3NLwrdUL_k7Bp-wSsV4FqREGqWEP7Kg00/edit</u>

I think if we picked two to run (at least for now, maybe switching them up later on) we would be good.

Let me know if you like these and if we can go ahead and launch them, we'll also create them for the other two
locations once we have your feedback.

Dan

2

--

**DAN O'BRIEN**
*Senior Account Manager*

**T:** 617-249-2692

**C:** 617-483-3719

**E:** dobrien@propelmarketing.com

--

**DAN O'BRIEN**
*Senior Account Manager*

**T:** 617-249-2692

**C:** 617-483-3719

**E:** dobrien@propelmarketing.com

EXHIBIT



**Free EBOOK!**

# THE LOCAL SEO GUIDE

★ ★ ★

# SEARCH ENGINE OPTIMIZATION
## FOR LOCAL BUSINESS



Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012
Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 78 of 106 PAGEID #: 209

**ThriveHive**

The world of marketing is shifting in favor of local businesses and away from large national chains – but only for those who know how to take advantage of the shifts. There are more ways than ever for a small, local business to spread the word about the products and services they offer to the community. At the heart of much of this opportunity lies that chance to be discovered online by someone performing a search. According to Google 97% of consumers search online for local businesses, so it's important to be present when someone is looking for what you offer.

The good news is that there are things that you can do to improve your chances of being found online – this is known as Search Engine Optimization (SEO). Simply put, SEO is all about making your website show up as prominently as possible for relevant search engine searches. In this ebook we'll walk you through all of the key elements of local search engine optimization. After you have absorbed the material you will be empowered to start working on all the free ways to generate more traffic and leads for your business.

There are 5 pillars to search engine optimization for local business. We'll go through each one in depth to help you understand why each is important, and how you can improve. The five pillars are:

- **ONLINE DIRECTORIES**
- **KEYWORDS**
- **ON-SITE OPTIMIZATION**
- **CONTENT GENERATION**
- **LINK BUILDING**

SEO is a process that takes time, patience, and persistence, but the rewards can take your business to a whole new level. So grab a cup of coffee and dig in!



Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002912
2:18-cv-00290-GCS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 79 of 106 PAGEID #: 210



# CONTENTS



**04** ONLINE DIRECTORIES
04   *Get Started in Online Directories with Best Practices*

**07** KEYWORDS
07   *Why Keywords Matter*
07   *Personalization*
08   *Let's Pick Some Keywords*
09   *The Common Sense Approach to Picking Keywords*
09   *The Advanced Approach to Picking Keywords*

**11** ON-SITE OPTIMIZATION
11   *What is it and why is important?*
11   *11 Areas to Optimize on Your Website*

**15** CONTENT GENERATION
15   *Where to Publish*
16   *What to Publish*
17   *How to Publish*

**21** LINK BUILDING
21   *Why Links Matter*
21   *The Structure of a Link*
22   *Where to Get Links*

**23** HOW TO GET STARTED

**24** FINAL THOUGHTS

'0E048 - 251
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:08 PM-18CV002012
Case: 2:18-cv-00296-GCS-RAO Doc #: 5-1 Filed: 04/05/18 Page: 80 of 106 PAGEID #: 211

≡ **ThriveHive**



# ONLINE DIRECTORIES
## GET STARTED IN ONLINE DIRECTORIES WITH BEST PRACTICES

Today, when a person wants to find a business or a type of service there is a good chance they will start with an online search. Online directories are the digital version of yesterday's phone books; if you aren't listed correctly, you are limiting your ability for potential customers to find you. Put your best foot forward by ensuring that your business is listed with all of the relevant info fields filled out.

ThriveHive has identified nine online directories that are a great place to get started when it comes to listing your business online. Before going to the nine directories it's important to first review the types of information that you will want to be checking:

**Is your business listed in the directory?** Many times we find that a business (especially if it is new) is not listed at all in a directory. This is a missed opportunity to be visible to potential customers.

**Is your business name accurate?** While the name of a business may seem like a fairly straightforward element to a directory listing, we frequently find businesses listed under inaccurate names. Keep your business name consistent to avoid confusing your customers and potentially losing sales.

**Is your business address present and accurate?** Even for a business that does not have a meaningful physical presence it is important to have an accurate address in your directory listings. Without a physical address Google may deemphasize your listing when a search is conducted, decreasing your overall visibility.

**Is your phone number listed?** Having a phone number is important to ensure that you are making it as easy as possible for a potential customer to get in touch with you. ThriveHive also recommends using a tracked phone number for your directory listings to enable you to monitor how much business you receive from your directory listings.

**Is your website listed?** Although not all directories allow you to list your website, most do and it's a good idea to include it whenever possible. Some potential customers will want to contact you directly by phone, but others will prefer to look at your website to learn more about your business before contacting you. Listing your website accurately allows your potential customers to get in touch with you the way that they prefer.

**Do you have a photo uploaded?** While not all directories allow photo uploads, in some cases it is an option. Wherever possible, uploading a photo helps associate a face with your business, which can increase the chances that someone will want to contact you. The photo can be of the business itself, a person, or the product. Pick something that you think will resonate with your customers and help make you stand out.

≣ **ThriveHive**

Online directories are the **digital version** of **yesterday's phone books;** if **you aren't listed correctly,** you are **limiting your ability** for potential customers **to find you.**

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012
Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 82 of 106 PAGEID #: 213

 **ThriveHive**

**01** GET STARTED IN ONLINE DIRECTORIES WITH BEST PRACTICES
(CONTINUED)

The nine directories below all represent great places for you to get your business listed. In each case you should go to the URL listed and look for the place that enables you to either look for an existing listing or add a new listing.

A word of warning: each directory has its own process for allowing you to manage your listing and, depending on a number of factors, it can be frustrating at times to get your business listed properly. It also may take some time. For example in the case of Google, they actually send you a physical postcard with a verification code to ensure that you really have a business at the location specified. Be patient and stick to the process.

» Google My Business    » Yellowbot

» Yahoo! Local    » Bing

» Superpages    » CitySearch

» Whitepages    » Yelp

» MerchantCircle



0E048 - 234
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012
Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 83 of 106 PAGEID #: 234



# KEYWORDS

## WHY KEYWORDS MATTER

One of the most important ways that people will find your business is by performing a search in Google. Because you have the ability to influence how well you rank in search engines for any given word or phrase, it's important to do keyword research to first understand what you want to target. Once you have target phrases in mind, you can use them in your ongoing SEO efforts.

### PERSONALIZATION

The right keyword approach for local businesses is changing rapidly due to the ongoing efforts of Google and others to personalize search results. It used to not matter where in the United States someone was performing a search. The top ten results for someone in Idaho would be exactly the same as for someone in Massachusetts. This was not good for local businesses because big national chains would always outrank smaller local businesses for broader search terms like "florist".



Today, that is no longer the case. When you go on the internet, Google can see the approximate location of your computer and they are increasingly tailoring the results to your geographical location. If you are logged into a Google account, they are also tailoring the results of your search to you personally; based on other information they have about you.

### LET'S PICK SOME KEYWORDS

Now that you have some background on why keywords are important and how personalization is playing a role, it is time to actually pick some keywords! There are two basic ways of picking keywords – the common sense approach, and the more quantitative advanced approach. If you are just getting started with your search engine optimization I highly recommend starting with the common sense approach. If you have already been doing some SEO and you want to start taking it to the next level, skip ahead to the Advanced Approach to Picking Keywords.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 May 04 4:03 PM-18CV002018
0E048 - Z35
Case: 2:18-cv-00298-GCS-KAJ Doc #: 3-1 Filed: 04/05/18 Page: 84 of 106 PAGEID #: 215


**02** KEYWORDS
(CONTINUED)

## THE COMMON SENSE APPROACH TO PICKING KEYWORDS

This personalization means two things for local business owners who are trying to do search engine optimization:

**You Can Target Very Competitive Search Terms:** Locally oriented businesses can now consider targeting extremely competitive broad search terms like "florist" or "pizza", where before it would have been impossible for them to show up in the results for those ultra-competitive terms.

**Keyword Rankings Are No Longer the Best Way to Track Progress:** The idea of tracking your rankings in the search engines for keywords really doesn't work anymore. Because everyone sees different search results, it doesn't really make sense to try to keep track of whether you are in position 1 or position 10 for a given search term – the person sitting next to you may see completely different results. Therefore, it now makes more sense to track Our goal with the common sense approach to picking keywords is to identify the most common phrases that people will use to find your business and then create a list of approximately 10-50 keywords and phrases.

The first step is to identify the high level words and phrases that people use to describe your products and/or services and your industry. If you are a florist, that list might look something like this:

- Florist
- Flowers
- Bouquet

The second step is to think of the modifiers that people will put on those keywords to find the products and/or services that you are selling. Those modifiers may include words that describe quality (i.e. "best"), words that describe a specific occasion (i.e. "wedding"), words that describe a specific type of your product or service (i.e. "roses"), or words that describe your geographical location (although Google is trying to make these modifiers less necessary in search). For the florist, this list might look something like this:

- Florist
- Flowers
- Bouquet
- Best Florist
- Best Bouquets
- Beautiful Flowers
- Beautiful Bouquets
- Wedding Bouquets
- Wedding Flowers
- Funeral Flowers
- Funeral Bouquets
- Roses
- Chrysanthemums
- Lilies
- Cambridge Florist
- Kendall Square Florist



There you have it. Now you have a list that you can keep in the back of your mind as you start to do your search engine optimization. You'll want to include these keywords in the text of your website and you'll also want to keep them in mind for the more advanced on-site optimization and link building that is covered in the later sections of this ebook.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002018
Case: 2:18-cv-00298-GCS-RAJ Doc #: 5-1 Filed: 04/05/18 Page: 85 of 106 PAGEID #: 216

≡ **ThriveHive**



## 02  KEYWORDS
(CONTINUED)

## THE ADVANCED APPROACH TO PICKING KEYWORDS

The advanced approach to picking keywords starts with the same concept of generating a list of words and phrases that you think people will use to find you, but then takes it a step further by using a quantitative analysis to rank the importance of the phrases to your business.

The first step is to generate a list of keywords. If you have already been doing SEO for a while you can just pull out your existing list. If you don't have that list yet then go back to the Common Sense Approach to Picking Keywords and make a list.

The second step is to get two pieces of information: how many times people search for each keyword and how much competition there is for each keyword. It is important to emphasize that while we can numbers for both of these metrics, those numbers are really only approximations of the true information that we would love to have. Google does not release exact information for local markets, but the national data can still be used to help us approximate.

In order to get the quantity of searches we need use Google's free keyword tool, normally used for their advertising platform. Google has made this tool available to anyone, even if you aren't advertising with them. You can find the keyword tool here, or simply Google the phrase "adwords keyword tool".

Once you are in the Keyword Tool you can research any keyword you would like. There are a lot of different filters and ways of searching, but we are just going to keep things simple for now. Enter your keywords and then record the "Local Monthly Searches" which is the number of searches that occur in your country.

The next step we are going to take is to determine the amount of competition for each keyword. You may have noticed that in the Google AdWords tool there is a little indicator for the level of competition, but this is for paid search only. That level of competition may be completely different from the competition in organic search results so we aren't going to use it. Instead, go to google.com, simply type in a keyword or phrase (without quotes) and perform a search. Just below the search box Google tells you approximately how many search results there are for the keyword. This is only an approximation for the true competition, but it will be directionally accurate, so that number of search results is what you will want to record for the "competition" number of each keyword.

> *Picking keywords uses a **quantitative analysis** to **rank the importance** of the **phrases** to **your business.***

0E048 - 237
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012
Case: 2:18-cv-00298-GCS-KAJ Doc #: 54 Filed: 04/05/18 Page: 86 of 106 PAGEID #: 217



## 02 KEYWORDS
(CONTINUED)



## PUTTING IT ALL TOGETHER – KEYWORD EFFICIENCY INDEX (KEI)

Now that we have a proxy for both competition and the level of search volume, we can come up with a number that helps us better understand how attractive it is to try to target each keyword – the Keyword Efficiency Index.

There are multiple ways to calculate a KEI; we are going to use a method that follows the formula:

**KEI = (search volume)² / (competition)**

By squaring the search volume before dividing by the competition we end up with a KEI number that really highlights the most attractive keywords- the higher the KEI, the better. Rank your list in order of KEI and this is theoretically how important it is to rank for each keyword.

## CAVEATS

Once you have your KEI ordered list of keywords it is highly advisable to do a little common sense analysis and reordering. A key component that this approach does not take into consideration is how effectively each keyword will actually turn into a lead and eventually a customer. You may have some amazingly attractive keywords in your list for products that really aren't your strong suit. Don't let a keyword list change the focus of your business! The other factor that is not well represented in a KEI list is how search competition at a local level cannot be fully represented by the global number of search results. So, while this list will help you get a sense of which words to be focusing on, please use some common sense when selecting your keywords. Once you start measuring results (including leads) you can refine the list over time.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002018
Case: 2:18-cv-00298-GCS-RAJ Doc #: 5-1 Filed: 04/05/18 Page: 87 of 106 PAGEID #: 218



# ON-SITE OPTIMIZATION
## WHAT IS IT AND WHY IS IMPORTANT?

On-site optimization is the process of making changes to your own website to ensure that it is ranking as well as possible for the search terms that you care about. There are a number of technical (and nontechnical) improvements that are very regularly overlooked. Depending upon how your website is built, almost all of the recommended areas of improvement can be changed without involving a website designer. However, if you don't have time, or if you just don't feel comfortable making the changes yourself you can always give a list to your designer.

## 11 AREAS TO OPTIMIZE ON YOUR WEBSITE

### 1. Title Tags

Title tags are what search engines display as the title for each page that shows up in the search results. The keywords that get used not only effect how well each page will rank in Google, but they also affect how frequently people click through to a given page.

- Optimal lengths for title tags to avoid being cutoff should be 55 characters
- Use keywords that you want to rank for (title tags should vary by page)
- Minimize the use of stop words like "the" and "is"
- Preferred format is to put keywords first followed by a pipe and the company name

### 2. Meta Description

Meta descriptions are the text that shows up in search engine results below the title tag and below the link to the site. The description is not critical for how well a page ranks in search engines, but it does play an important role in determining whether or not someone who sees you in the search results will actually click through to the page. This is your opportunity to create a great marketing message that will entice someone to click.

- Length should be a maximum of 155 characters to avoid being cutoff
- This should be a marketing message that varies by page

·0E048  –  P39·

 **ThriveHive**

## ON-SITE OPTIMIZATION
*(CONTINUED)*

### 3. Header Tags

Header tags are the code on a web page that you can use to help give a hierarchical structure to your webpages. If you have something that is effectively the "headline" of a webpage it should be labeled with an "H1" tag in the code on your page. Other titles or phrases that deserve special emphasis should get the "H2" tag.

- Header tags are html tags that help a search engine understand how your text is structured and they are an opportunity to emphasize keywords

- Use H1 and H2 tags with appropriate keywords that vary by page (H3, H4, and H5 tags are less important)

### 4. Alt Tags

Alt tags are html tags that allow you to specify text to describe website images. Without an alt tag, search engines don't have any idea what an image on a webpage is about. Get credit for relevant content by using alt tags. The code for alt tags looks something like this: **<img src="mypicture.jpg" alt="my picture description">**

- All images should have alt tags
- Alt tags are an opportunity to use more keywords (although they should be used appropriately – no keyword stuffing) that help your web pages as well as your images rank higher in search engines

### 5. Internal Links

Have you taken the opportunity to do an appropriate amount of linking within your own website? We'll talk more about links in the section dedicated to this topic, but for now just know that those links are important (even within your own website) and should be included wherever appropriate in the text on your website.

- Internal crosslinking improves both the SEO and usability of your website
- Use keywords as the text for internal links (anchor text) whenever appropriate

*This is the code you use to indicate a header tag:*

<h1>Heading 1</h1>

# Heading 1

<h2>Heading 2</h2>

## Heading 2

<h3>Heading 3</h3>

### Heading 3

<h4>Heading 4</h4>

#### Heading 4

<h5>Heading 5</h5>

##### Heading 5

0E048 - P40



# ☰ ThriveHive

## 03 ON-SITE OPTIMIZATION
(CONTINUED)



## 6. Flash

Flash is a technology that can be used add various types of animation to websites. It is known for producing visually appealing websites, but unfortunately the technology blocks search engines from reading most of the content of a website (they are also extremely difficult to edit).

- Flash is not readable by search engines and should therefore be minimized or eliminated to improve the ability of the search engines to understand your site content

## 7. Robots.txt and a sitemap

Robots.txt and sitemap files are two files that tell a search engines which pages to include in the search results, and which pages to exclude. It is important to tell Google where to find all of your website pages to ensure that they get indexed, and it can be equally important to tell Google which pages not to index if you have information that you don't want to be in the search engines. You can use Google's Webmaster Tools to setup and manage both of these files.

- Sitemaps are files that help search engines understand the structure of your site and find all of the pages
- Robots.txt files tell search engines to avoid indexing files or pages that you may want to keep out of search results

## 8. Main Site Navigation

The main navigation of your website is an important area that search engines use to determine what your website is all about. It is important to use some specific and non-generic terms to accurately describe what your business is all about.

- Use descriptive titles wherever possible that include keywords
- Using text instead of images allows improved site crosslinking
- Although alt tags can be used to label site navigation images, they are not as powerful as using text301 Redirects

As far as search engines are concerned, if you enter "www" at the beginning of a website address or not, you are requesting to go to two different websites. Having the search engines think those two websites are different (even though they are really the same) can have significant negative consequences on your search engine optimization. You can and should setup what is called a "301 redirect" with your website hosting company in order to fix this problem.

- 301 Redirects tell search engines to direct all traffic to either http://www.yoursite.com or http://yoursite.com
- You can direct traffic either location, but it should only be one location – without a 301 redirect you split your SEO authority



0E048 - P41    Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012
Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 90 of 106 PAGEID #: 221

## 03 ON-SITE OPTIMIZATION
CONTINUED

### 9. Images and Video

Everyone has heard the phrase that "a picture is worth a thousand words" before. The same is true on the web. While the words on your website have traditionally been the primary thing that search engines read, increasingly pictures and video are playing important direct and indirect roles in getting people to find your website. They also help to convert website traffic into leads or customers.



- Utilize images and video to help convey your message
- Google's Panda update gives SEO credit to sites with a good look and feel
- Use engaging multimedia content to maximize visitor engagement

### 10. Readable URL's

Both people and search engines like it when you use URL's that can actually be read by a human. It helps people to understand and trust the content of the page they are about to visit. Some website content management systems like Wordpress do this automatically.

- Using human readable URL's such as "mysite.com/buy-my-product" improves search engine click through rates as well as search engine rankings

If you have mastered the 11 areas of on-site optimization that we just went through, you'll be off to a great start. If you aren't sure how to implement some of the fixes that were discussed above, either get in touch with your web designer or do a little research online if you are more of the DIY type. Most of the fixes don't take that long once you know how to apply the fixes.

### 11. Content Generation

Content generation is something that can be beneficial to your marketing in many ways, but we'll focus on the SEO benefits in this ebook. There are many different formats of content that you can create today (images, text, and video), and there are many different places where you can publish that content (your website, social media, other people's websites).

In many ways, content is a central strategy to any successful local search engine optimization effort. Each piece of content you create is another way for someone to find your website. Over time, the accumulation of content that is relevant to your business will generate a significant amount of free traffic to your website. It does take time to create the content, but you need to look at it as an investment because it will keep working to bring traffic to you 24 hours a day for as long as you keep the content published.

Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 91 of 106 PAGEID #: 222
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012



**≡ ThriveHive**

# CONTENT GENERATION

In this section we'll cover where you should publish your content, what kind of content you should create, and how you should post content.

## WHERE TO PUBLISH

Content takes time to create, so you want to be sure that you publish it in the right locations to get the most out of it. In many cases you will want to publish your content in multiple locations (i.e. you may want to publish a blog article on your website followed by an introductory paragraph on your Facebook page) to maximize the marketing effectiveness. Publishing in multiple locations allows you to reach a broader audience and enables you to build links (link building will be covered in the next section of this ebook). However, for the purposes of showing up in search engine results, you usually want to have your website be the anchor for your content. There are three central reasons why you'll want to center your content on your website:

- Your website represents your biggest opportunity to be found in search engines. Google will show every page on your website as a separate entry in the search results. Posts to Facebook, Twitter, or other social media sites do not get shown in Google as prominently (or at all), so posts themselves don't represent the best way to be found directly in Google.

- Your website is frequently the most complete representation of what your business does and your best chance to convert someone surfing the internet into a lead or a customer. There are certainly exceptions to this – some people develop extensive presences on Facebook for example that outperform their websites, but they are the exception rather than the norm.

- Flexibility to leverage any form of marketing. By anchoring your content with your website you can leverage virtually any form of marketing and have a place to drive that traffic. As we'll cover in the link building section of this ebook, if people link to your content you want them to give that credit to your website, rather than another person's website.

Once you have anchored your content with your website, you will certainly want to consider other marketing avenues such as email and social media for distributing your content. However, in order to limit the scope of this ebook to SEO, we will leave those other marketing tactics for another ebook.

0E048 - P43:



**≡ ThriveHive**

**04** CONTENT GENERATION



There are a few notable exceptions to the website centric content strategy. There are some 3rd party websites that consistently show up very prominently in the local search results. The directory listings in the first part of this ebook, along with your social media profiles in Twitter, Facebook, and Pinterest, as well as YouTube videos, all rank very highly in Google. You will want to be sure that you have uploaded enough content to each of these channels to have them show up in Google. After that has been accomplished you will probably want to continue adding content to your social media pages, to help with that marketing and link building, but you will have taken care of the basic SEO benefits.

## WHAT TO PUBLISH

It is common for small business owners to complain about the difficulty in writing about their business or industry. In reality, just about any business can publish a steady stream of content if the owner sees enough value in creating the content to create a habit. To ensure that you see a return on the investment you make in creating content, we have put together 4 types of content that frequently work well and 3 types that you might want to avoid:

### 4 Types of Content to Publish

· **Educational Content.** One of the most common and effective content themes to follow is one in which you publish educational content that positions you as a thought leader in your industry. This is frequently a much bigger reservoir of potential content than most people realize and it is always a good thing for people to think you are a thought leader in your industry.

· **Image Centric Content.** The web is currently very graphically oriented. Big pictures get noticed, so make them a component of whatever you publish.

· **Insider Information.** People love to hear about how the inside of a company functions. Putting a face to a name, or letting the world get a little peak behind company walls is often a great way to develop a closer relationship with your customers or potential customers.

· **Industry News.** This is very similar to the educational content, just targeted a little more towards recent events. Helping your clients or potential clients stay on top of what is happening in the industry is a great service to be providing while simultaneously reinforcing your expertise.

### 3 Types of Content NOT to Publish

· **Unimportant Personal Information.** Unless you are a celebrity, people generally don't care what you ate for breakfast that morning. Telling people about yourself and the others in your business can be a great way to connect, but keep things professional. Save the personal details for your personal life.

· **Other People's Content.** Don't plagiarize content from other people. Many times giving a link to the original source of the content is sufficient to take a quote or brief passage. Read up on your digital sharing rights and keep things original.

· **Unremarkable Content.** The web is full of people publishing content. If you are going to publish something, be sure it is remarkable. Quality first, not quantity. If you can nail the quality, start to up the quantity and then you'll have a winning combination on your hands.

Case: 2:18-cv-00298-GCS-KAJ Doc #: 5 Filed: 04/05/18 Page: 93 of 106 PAGEID #: 224

There are many **different formats of content** that you **can create today** (images, text, and video)

# AND

there are many **different places** where you **can publish that content** (your website, social media, and other websites).

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 May 06 4:03 PM-18CV002912
0E048 - B45    Case: 2:18-cv-00298-GCS-RAJ Doc #: 5-1 Filed: 04/05/18 Page: 94 of 106 PAGEID #: 225



## **04** CONTENT GENERATION



### HOW TO PUBLISH

Staying focused on your website, it is helpful to think of your website in two separate parts when considering how to publish content: your primary website and your blog.

**Your Primary Website:**

Many small businesses have not fully built out the standard website format. There are relatively standard types of content that visitors will expect to be able to find on your website. You will want to include this content so visitors find what they are looking for, but also to maximize your SEO. If you're not sure what to include in your site, you can try the standard template below as a starting point (you may want to modify this template depending upon the specifics of your business):

- Home Page
  - *Describe your business in a paragraph or two*
- Product/Service Pages
  - *Create a subpage for each specific products/services category that you offer*
- About Us
  - *A couple paragraphs to give more detail about your business, the location, people, and/or what makes you unique*
- Blog
- Contact Us
- Custom Pages
  - *Image gallery, videos, calendar, online store, etc.*

### Blog

After you have built out the core functionality of your website you'll want to turn to a blog to continue the quest for publishing more content. Blogs have become a popular publishing tool for smallbusinesses because they allow you to publish an almost infinite amount of content without cluttering your website. The danger of trying to put too much content under the primary website is that at some point the website becomes extremely difficult to navigate. As you make progress towards becoming a content marketer, you will find that your blog becomes the cornerstone of your content. Many businesses struggle to blog on a regular basis, but it is largely about forming a habit. Once the habit is formed, it becomes significantly easier.

0E048 – 246



## 04 CONTENT GENERATION

Below we have compiled 10 tactics to help you blog on a regular basis:

### 1. Keep it short
Blog posts should not be novels. Readers of your blog have very little time to consume the content that you have written, so don't expect them to stay fully engaged for more than a matter of seconds or a couple minutes if you are lucky. An ideal length for blog posts is about 600 words.

### 2. Time-box your writing
Like any document, an infinite amount of time can be spent perfecting every last detail of a blog post; don't allow your writing process to go on forever. If it takes you 10 hours to produce a post, you are going to blog very infrequently. A good blog post should take no more than about two hours to create (excluding any research you may have conducted).

### 3. Put it on the calendar
People frequently leave the writing of blog articles to be completed during their spare time – which generally never happens. By prioritizing blog writing and blocking out time on your calendar, articles are far more likely to get written.

### 4. Solicit help
Writing for a blog should not usually be the exclusive responsibility of one person. The best content is created by those who are closest to the subject matter, which is often not a person in marketing or the owner of the business. Spreading out the writing responsibility is critical to maximizing the quality and quantity of your content.

### 5. Minimize bottlenecks
Ideally a blog is a living and breathing component of your business. Not only does content need to be generated regularly, but comments needs to be responded to and positions need to be taken on issues. It's important to minimize or eliminate review processes that will impede the ability to move quickly. Lay out a few guidelines and then try to have just one person who is responsible for the blog. That responsible person can manage the publication schedule of the blog while conducting a lightweight review of the posts.

### 6. Keep writing quality expectations appropriate
Blogs are generally expected to be a less formal means of communication, even for larger corporations. Sloppy writing, poor content, and blatant grammatical errors are not acceptable, but blog articles do not need to be literary masterpieces. By keeping writing quality expectations appropriate, you can increase your blogging output.

### 7. Set realistic goals
Generally speaking, the more frequently you blog, the greater the positive impact will be on your marketing. But, it's important to set realistic goals to ensure that you don't fail before you start. Using the two hour per blog post guideline, almost anyone should be able to find time to create one article per week, which is a great starting point for many small businesses.

### 8. Don't forget to consider the benefits
Blogging is a longer term investment, but it will pay dividends; it isn't just a time sink. If you view blog post writing as an activity that costs you time without any benefit, your incentives to write will be limited. Whether it means more web traffic to a person in marketing or a better position as a thought leader to the business owner, don't forget to consider the benefits of blogging.

0E048 - 247



THE LOCAL SEO GUIDE

BACK TO CONTENTS

**04** CONTENT GENERATION
(CONTINUED)

### 9. Create a repository for ideas

Ideas can be the stumbling block for many people. However, once you write one or two posts, you will start to have many more ideas. Keep a repository of those ideas to help you and others in the company keep the creative juices flowing.

### 10. Just do it

Setting up a blog for the first time or beginning to post regularly should not take months of planning. Carve out 2 hours this week and get a blog article published!



*81%* of U.S. online consumers trust information and advice from blogs.

BLOGHER, 2016

0E048 - P48





# LINK BUILDING
## WHY LINKS MATTER

Link building is an extremely important component of search engine optimization. Google sees links to your site as a sign that others value your website. This value increases the authority of your site in the mind of the search engines which means that without making a single change on your own website, you can start to rank higher.

## THE STRUCTURE OF A LINK

### The URL

The underlying premise of a link is that you will be taken to a new webpage if you click. The webpage location is known as a URL and looks like this: http://thrivehive.com . You always want to be sure you link to the most appropriate place on your website or others when putting in place a link. The idea is to make the web interconnected and easier to navigate. Links to your website build up the general authority of the entire website, and then the individual pages that receive the links also receive improved authority. If you want to improve the rankings of a particular page on your website you'll want to generate links to that specific page, but every link to your site (regardless of the page) helps.

### The Anchor Text

When a link is created, you can also specify the text that is visible (instead of using the URL for the text). This text is known as "anchor text" and in this example: Small Business Marketing, "Small Business Marketing" is the anchor text. Anchor text is meant to give web surfers a better idea of where a link will take them. Google puts a tremendous amount of emphasis on the anchor text of the links that point to your website, so this is where you want to pull out your keyword list. Whenever it is appropriate, if you can get the anchor text of your links to include keywords, you want to do so. Don't stuff keywords inappropriately, but do remember to consider using them.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 May 06 4:03 PM-18CV002912
Case: 2:18-cv-00298-GCS-RAJ Doc #: 5-1 Filed: 04/05/18 Page: 98 of 106 PAGEID #: 229

 **ThriveHive**

**05** ◯ LINK BUILDING
(CONTINUED)

## WHERE TO GET LINKS

The reason why Google puts such a high value on links to your website is because for the most part you don't control whether or not someone decides to link to you. That said there are things you can do to maximize your chances of building inbound links. Below are 5 of the most effective ways for local businesses to build inbound links:

### Partners
Who are the people that you do business with? Any potential partner is a potential source of a link. If they have an obvious place on their website where they could link to you, don't be afraid to ask for a link.

### Industry Resources/Directories
In many industries there are one or two (sometimes more) important industry associations or simple business directories that have a list of links to businesses. If the directories are free, be sure that you have your company listed. Be a little more cautious of paid directories – they may not be worth the money.

### Social Media
Most of the links generated in social media have what is known as a "nofollow" attribute, which means that technically the links are not supposed to pass on credit in the search engines. That being said, there is increasing evidence that Google is placing weight on the links that websites receive in social media. Expect to see an increase in the importance of these links over time.

### Public Relations
When a media outlet decides to write something about your business, there is frequently a link that points back to your website. There are three common ways to generate this media attention; beg the press to cover you, get noticed by the press for doing something out of the ordinary, or pay for a press release. Any of the three approaches can result in some high value links to your website.

### Guest Blog Posts
There are millions of blogs on the internet and all of them face the same problem that you face with your own blog – they need content. For that reason, it has become a common practice for people to offer to write a blog article for someone else's website. You need to offer exclusivity in these situations (you can't also post the same blog article on your website because Google doesn't like duplicate content), but what you get in return is a link back to your website. Not only will this link generate traffic directly from the blog, but the link will also improve your SEO.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:03 PM-18CV002012
Case: 2:18-cv-00298-GCS-KAJ Doc #: 5-1 Filed: 04/05/18 Page: 99 of 106 PAGEID #: 230

≡ **ThriveHive**



# HOW TO GET STARTED

Don't expect to do everything covered in this ebook in one afternoon. Search engine optimization is a long term investment that generally takes months before any results are seen. It is something that should be looked at as an ongoing activity and investment in the business. All of the techniques outlined in this ebook are geared towards producing lasting and cumulative results. The great thing about this type of investment is that once it has been built up it can supply a steady supply of free leads for your business.

Steady progress wins the race. Stick with it and don't expect results overnight. Search engine results are a zero sum game, which means that in order to be on the first page of Google you need to knock somebody else off. If it was easy, then people would knock you off the first page just as easily as you got there.



Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:08 PM-18CV002012

**ThriveHive**



# FINAL THOUGHTS

At ThriveHive we have the privilege of working with many small businesses which gives us tremendous insight into the pitfalls you are likely to encounter when embarking on a local search engine optimization campaign.

There are three common scenarios that we see – we hope you embrace the guidelines put forth in this ebook and end up in the 3rd scenario:

**Scenario 1:** Business owner is too overwhelmed so no action is taken. To fight this scenario, take things step by step as we have outlined in this guide. Many of the tasks only take a few minutes.

**Scenario 2:** Business owner gets excited, dives in, and then stops making progress after a week or a month of concerted effort. To fight this scenario, keep your expectations realistic. Don't expect to wake up in the morning having double the website traffic – ever!

**Scenario 3:** Methodical and continuous progress is made followed by significant positive improvements in the business. Be informed and make this your scenario!

'0E048 - 232
Case: 2:18-cv-00298-GCS-KAJ Doc #: 5 Filed: 04/05/18 Page: 101 of 106 PAGEID #: 232
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:08 PM-18CV002012

THE LOCAL SEO GUIDE

BACK TO CONTENTS

ThriveHive is an all-in-one Guided Marketing Platform that provides local businesses with a marketing plan, a professional website, and the tools and expertise to effectively manage all of your marketing efforts, all in one place.

*See how ThriveHive can help your business grow!*

**Request a Demo** (It's free!)

SHARE THIS EBOOK!

  



EXHIBIT
E

Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Mar 06 4:08 PM-18CV002012

Case: 2:18-cv-00298-GCS-KAJ Doc #: 5 Filed: 04/05/18 Page: 103 of 106 PAGEID #: 234

## MARYELLEN O'SHAUGHNESSY

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE:  TECHNICARE COLUMBUS LLC ET AL -VS- GATEHOUSE      CASE NUMBER: 18CV002012
MEDIA OHIO HOLDINGS II INC ET AL


TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
EXHIBITS A
EXHIBITS B
EXHIBITS C
EXHIBITS D
EXHIBITS E
EXHIBITS F
COMPLAINT

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
DISPATCH DIGITAL D
GATEHOUSE MEDIA
OHIO HOLDING II INC
175 SULLYS TRAIL
PITTSFORD, NY  14534

GATEHOUSE MEDIA OHIO HOLDINGS II INC
CORPORATION SRVC COMPANY
50 WEST BROAD STREET
SUITE 1330
COLUMBUS, OH  43215

---

JUVENILE CITATIONS ONLY:

    HEARING TYPE:

    __ Date already scheduled at  :  Courtroom:

**Electronically Requested by:** NICHOLAS KOLITSOS
**Attorney for:**

## MARYELLEN O'SHAUGHNESSY

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE:  TECHNICARE COLUMBUS LLC ET AL -VS- GATEHOUSE      CASE NUMBER: 18CV002012
MEDIA OHIO HOLDINGS II INC ET AL


TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
EXHIBITS A
EXHIBITS B
EXHIBITS C
EXHIBITS D
EXHIBITS E
EXHIBITS F
COMPLAINT

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
DISPATCH DIGITAL D
GATEHOUSE MEDIA
OHIO HOLDING II INC
175 SULLYS TRAIL
PITTSFORD, NY  14534

GATEHOUSE MEDIA OHIO HOLDINGS II INC
CORPORATION SRVC COMPANY
50 WEST BROAD STREET
SUITE 1330
COLUMBUS, OH  43215

JUVENILE CITATIONS ONLY:

    HEARING TYPE:

    __ Date already scheduled at  :  Courtroom:

**Electronically Requested by:** NICHOLAS KOLITSOS

**Attorney for:**